This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Ryan Bennett v. Thunderdome Restaurant Group

| | |
|---|---|
| Case Number | 49D03-2111-CT-036513 |
| Court | Marion Superior Court 3 |
| Type | CT - Civil Tort |
| Filed | 11/01/2021 |
| Status | 11/01/2021 , Pending  (active) |

## Parties to the Case

**Defendant**   Thunderdome Restaurant Group

<u>Address</u>
334 Massachusetts
Indianapolis, IN 46204

<u>Attorney</u>
Erica Marie Knear
*#3502853, Retained*

Taft Stettinius & Hollister LLP
One Indiana Square
Suite 3500
Indianapolis, IN 46204

**Plaintiff**    Bennett, Ryan

<u>Attorney</u>
Mark R Waterfill
*#1093549, Retained*

2330 Stafford Road
STE 115 PBM 379
Plainfield, IN 46168
317-501-6060(W)

## Chronological Case Summary

| | |
|---|---|
| 11/01/2021 | **Case Opened as a New Filing** |

| 11/01/2021 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint |
| | Filed By:        Bennett, Ryan |
| | File Stamp:     11/01/2021 |

| 11/01/2021 | **Appearance Filed** |
|---|---|
| | Appearance |
| | For Party:       Bennett, Ryan |
| | File Stamp:     11/01/2021 |

| 11/01/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Proposed Summons | |
| | Filed By: | Bennett, Ryan |
| | File Stamp: | 11/01/2021 |

| 11/01/2021 | **Notice Filed** | |
|---|---|---|
| | Notice of Commercial Case | |
| | Filed By: | Bennett, Ryan |
| | File Stamp: | 11/01/2021 |

| 11/02/2021 | **Notice Issued** | |
|---|---|---|
| | Noticed: | Thunderdome Restaurant Group |
| | Noticed: | Waterfill, Mark R |

| 11/03/2021 | **Automated Paper Notice Issued to Parties** | |
|---|---|---|
| | Notice Issued ---- 11/2/2021 : Thunderdome Restaurant Group | |

| 11/03/2021 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Notice Issued ---- 11/2/2021 : Mark R Waterfill | |

| 11/22/2021 | **Service Returned Served (E-Filing)** | |
|---|---|---|
| | Notice of Return of Service | |
| | Filed By: | Bennett, Ryan |
| | File Stamp: | 11/22/2021 |

| 11/24/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance (Erica Knear) | |
| | For Party: | Thunderdome Restaurant Group |
| | File Stamp: | 11/24/2021 |

| 11/24/2021 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint | |
| | Filed By: | Thunderdome Restaurant Group |
| | File Stamp: | 11/24/2021 |

| 11/30/2021 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | up to and including December 20, 2021; copies sent to parties via e-notice | |
| | Judicial Officer: | Miller, Gary L |
| | Order Signed: | 11/30/2021 |

| 12/01/2021 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 11/30/2021 : Erica Marie Knear;Mark R Waterfill | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any
balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding
balances shown, please contact the Clerk's Office.

**Bennett, Ryan**

Plaintiff

**Balance Due** (as of 12/13/2021)

0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2021 | Transaction Assessment | 157.00 |
| 11/01/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 1:21-cv-03027-RLY-MJD    49D03-2111-CT-036513 12/13/21    Page 4 of 21 PageID #: Filed: 11/1/2021 10:07 AM
Marion Superior Court 3

Clerk
Marion County, Indiana

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO.** |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

Plaintiff, Ryan Bennett, by counsel, hereby brings his Complaint against the Defendant, Thunderdome Restaurant Group, and in support thereof states:

1.    Plaintiff, Ryan Bennett, is a resident of Hendricks County and a former manager for the Defendant at The Eagle Restaurant located at 334 Massachusetts Ave., Indianapolis, IN 46204.

2.    Defendant, Thunderdome Restaurant Group, is a business with various locations, including The Eagle Restaurant located at 334 Massachusetts Ave., Indianapolis, IN 46204.

3.    Plaintiff injured himself at work and instead of protecting plaintiff's job, Defendant fired Plaintiff in violation of the federal Family and Medical Leave Act and Indiana law.

## JURISDICTION AND VENUE

4.    This case presents issues under the Family and Medical Leave Act, 29 USC 2601 et seq., as well as a related claim under Indiana law.

5.    Venue is appropriate in that the dispute takes place in this County.

1

## **BACKGROUND**

6.      Plaintiff was employed as a manager of The Eagle when he was required to lift numerous beer kegs into the restaurant.

7.      As a result, Plaintiff suffered a painful hernia injury which required him to take time off from work and to make a Workers' Compensation claim.

8.      Defendant's human resources professionals are terrible, and Defendant failed to properly pursue Plaintiff's Workers' Compensation Claim or to properly account for Plaintiff's FMLA leave.

9.      Defendant is an "employer" under the FMLA as Defendant employs more than 50 individuals at this location and Plaintiff is a "covered employee" as he had worked at the restaurant from more than 12 months and in excess of 1250 hours per year.

10.      Nonetheless, Defendant never properly accounted for Plaintiff's FMLA leave and then fired Plaintiff in a manner which discriminated against Plaintiff under the FMLA and in retaliation for Plaintiff seeking FMLA leave.

11.      Defendant also fired Plaintiff for seeking Workers' Compensation, which is a wrongful discharge in Indiana and often referred to as a Frampton claim.

12.      Defendant fired Plaintiff in violation of the FMLA and in retaliation for Plaintiff seeking and receiving FMLA leave.

13.      As an employee of Defendant, Plaintiff was entitled to FMLA benefits, including but not limited to reinstatement of employment.

14.      Defendant's actions violate the FMLA in that Plaintiff has been deprived of his federally protected right to receive FMLA leave.

2

15.    Defendants' actions have been taken in retaliation for Plaintiff seeking FMLA leave and for filing a Workers' Compensation claim.

16.    Plaintiff has suffered substantial damages as a result of Defendants' illegal conduct and seeks back pay, front pay, lost medical expenses, compensatory damages, punitive damages, attorney fees, costs, interest, and all other available damages.

17.    Defendant's actions have been willful and illegal, entitling Plaintiff to liquidated and punitive damages, as well as attorney fees and costs of this action.

18.    Plaintiff also seeks all available damages as a result of Defendant's illegal action under the Frampton claim for firing Plaintiff for seeking to file a Workers' Compensation claim

WHEREFORE, Plaintiff, Ryan Bennett, by counsel, seeks all available damages against the Defendant Thunderdome Restaurant Group, and for all other proper relief.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd., STE 115
Plainfield, IN 46168
(317) 501-6060
mark@waterfilllaw.com


**JURY DEMAND**

Plaintiff demands a trial by jury.

*/s/ Mark Waterfill*

4

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO.** 49D03-2111-CT-036513 |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

The party on whose behalf this form is being filed is:
Initiating _X__          Responding ____          Intervening _____; and

the undersigned attorney now appears in this case for the following parties:  Ryan Bennett.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd. STE 115, PMB 379
Plainfield IN 46168
 (317) 501-6060
mark@waterfilllaw.com

# SUMMONS

## MARION COUNTY INDIANA COMMERCIAL COURT

**RYAN BENNETT**                                    )
                                                    )
    **Plaintiff,**                          )
                                                    )
      **v.**                      ) **CAUSE NO.** 49D03-2111-CT-036513
                                                    )
**THUNDERDOME**                                     )
**RESTAURANT GROUP**                                )
                                                    )
                                                    )
                                                    )
    **Defendant.**                         )

TO DEFENDANT:  Thunderdome Restaurant Group 334 Massachusetts Ave.,

Indianapolis, IN 46204

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

    An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23)_ days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated__11/1/2021_____

_Mylan A. Eldridge_ (Seal)

Clerk, Marion, Indiana Courts

**The following manner of service of summons is hereby designated: Certified Mail.**

*/s/ Mark Waterfill*
Mark R. Waterfill, Atty.
No. 10935-49
2230 Stafford, STE 115,



PMB 379
Plainfield, IN 46168
(317) 501-6060
mark@waterfilllaw.com

_____

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint served upon the Defendant, City of New Albany, Indiana on the _____ day of _____, 2021.

*/s/ Mark Waterfill*

Filed: 11/1/2021 10:42 AM
Clerk
Marion County, Indiana

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| RYAN BENNETT | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 49D03-2111-CT-036513 |
| | ) |
| THUNDERDOME | ) |
| RESTAURANT GROUP | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE IDENTIFYING COMMERCIAL COURT DOCKET CASE

Plaintiff, Ryan Bennett, having filed his Complaint against Defendant Thunderdome

Restaurant Group, hereby files this notice identifying this matter as a Commercial Court docket

case.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd. STE 115, PMB 379
Plainfield IN 46168
 (317) 501-6060
mark@waterfilllaw.com

This is not a commercial court case.

Filed: 11/22/2021 10:11 AM
Clerk
Marion County, Indiana

## MARION COUNTY INDIANA SUPERIOR COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO.** 49D03-2111-CT-036513 |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## **RETURN OF SERVICE**

Plaintiff, Ryan Bennett, by counsel, hereby gives notice that the Summons and Complaint have been served upon the Defendant Thunderdome Restaurant Group  on November 2, 2021, as evidenced by the attached signed green slip reflecting the return of service.

 Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd. STE 115, PMB 379
Plainfield IN 46168
 (317) 501-6060
mark@waterfilllaw.com



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thunderdome Restaurant
334 Massachusetts Ave
Indianapolis IN
46204

9590 9402 6498 0346 8194 66

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

Marion County Indiana    Clerk

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6498 0346 8194 66

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Mark Waterfill
2230 Stafford Rd #115
Plainfield IN
46168

Filed: 11/23/2021 10:34 AM
Clerk
Marion County, Indiana

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO. 49D03-2111-CT-036513** |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is: **Responding** and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties: **Defendant Thunderdome Restaurant Group.**

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Erica M. Knear, #35028-53
   Taft Stettinius & Hollister LLP
   One Indiana Square, Suite 3500
   Indianapolis IN 46204-2023
   Phone:  317-713-3500
   Fax:  317-713-3699
   Email:  eknear@taftlaw.com

   **IMPORTANT**:  Each attorney specified on this appearance:

   (a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b)      acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

     (c)      understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a **CT** case type as defined in administrative Rule 8(B)(3).

4. I will accept service by FAX at the above noted number:  **No**

5. This case involves child support issues. **No**

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  **No**

7. This case involves a petition for involuntary commitment.  **No**

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:  **N/A**

9. There are related cases: **No**

10. Additional information required by local rule: **None**

11. There are other party members: **No**

12. This form has been served on all other parties and Certificate of Service is attached:

    **Yes**

Dated: November 24, 2021                    Respectfully submitted,

                                            */s/Erica M. Knear*
                                            Erica M. Knear, #35028-53
                                            Taft Stettinius & Hollister LLP
                                            One Indiana Square, Suite 3500
                                            Indianapolis, IN 46204
                                            (317) 713-3500 – telephone
                                            (317) 713-3699 – fax
                                            eknear@taftlaw.com

                                            *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I electronically filed the foregoing document using the Indiana E-File System (IEFS).

I further certify that on November 24, 2021, the foregoing document was served upon the following person(s) via IEFS.

Mark R. Waterfill
mark@waterfilllaw.com

                                            */s/Erica M. Knear*
                                            Erica M. Knear

71889159v1

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CAUSE NO. 49D03-2111-CT-036513** |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Thunderdome Restaurant Group ("Defendant"), by counsel, respectfully moves, pursuant to Local Rule LR49-TR5-203(D), for an enlargement of time, up to and including **December 20, 2021**, within which to respond to plaintiff Ryan Bennett's ("Plaintiff's") Complaint. In support of this Motion, Defendant states:

1.    Plaintiff filed his Complaint on November 1, 2021. Defendant was served on November 12, 2021. Thus, Defendant's current response deadline is **December 2, 2021**. That date has not yet passed.

2.    Defendant reasonably requires additional time to prepare a responsive pleading. This proposed extension is not sought for purposes of undue delay and will not prejudice any party to this action.

3.    On November 23, 2021, Plaintiff's counsel confirmed that Plaintiff does not object to this requested enlargement.

WHEREFORE, Defendant requests entry of an Order granting an enlargement of time, up to an including **December 20, 2021**, within which to respond to the Complaint, and for all other just and proper relief.

Dated: November 24, 2021                    Respectfully submitted,

*/s/Erica M. Knear*
Erica M. Knear, #35028-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 – telephone
(317) 713-3699 – fax
eknear@taftlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I electronically filed the foregoing document using the Indiana E-File System (IEFS).

I further certify that on November 24, 2021, the foregoing document was served upon the following person(s) via IEFS.

Mark R. Waterfill
mark@waterfilllaw.com

*/s/Erica M. Knear*
Erica M. Knear

71888501v1

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO. 49D03-2111-CT-036513** |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on defendant Thunderdome Restaurant Group ("Defendant") Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint. The Court having examined the Motion and being duly advised now finds that Defendant's Motion should be GRANTED.

THEREFORE, IT IS SO ORDERED, ADJUDGED AND DECREED that Defendant is granted an enlargement of time, up to and including **December 20, 2021**, to respond to plaintiff Ryan Bennett Complaint.

IT IS SO ORDERED.

Dated: _____    _____

Judge, Marion County Circuit Court

E-Notice to all counsel of record

## MARION COUNTY INDIANA COMMERCIAL COURT

RYAN BENNETT                          )
                                      )
    **Plaintiff,**                         )
                                      )
    **v.**                                ) **CAUSE NO. 49D03-2111-CT-036513**
                                      )
THUNDERDOME                           )
RESTAURANT GROUP                      )
                                      )
                                      )
                                      )
    **Defendant.**                        )

**F I L E D**

November 30, 2021

CLERK OF THE COURT
MARION COUNTY
ND

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on defendant Thunderdome Restaurant Group ("Defendant") Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint. The Court having examined the Motion and being duly advised now finds that Defendant's Motion should be GRANTED.

THEREFORE, IT IS SO ORDERED, ADJUDGED AND DECREED that Defendant is granted an enlargement of time, up to and including **December 20, 2021**, to respond to plaintiff Ryan Bennett Complaint.

IT IS SO ORDERED.

Dated: **November 30, 2021** _____

Judge, Marion County Circuit Court

E-Notice to all counsel of record