## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) CAUSE NO. |
|  | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
|  | ) |
|  | ) |
|  | ) |
| **Defendant.** | ) |

## COMPLAINT

Plaintiff, Ryan Bennett, by counsel, hereby brings his Complaint against the Defendant, Thunderdome Restaurant Group, and in support thereof states:

1. Plaintiff, Ryan Bennett, is a resident of Hendricks County and a former manager for the Defendant at The Eagle Restaurant located at 334 Massachusetts Ave., Indianapolis, IN 46204.

2. Defendant, Thunderdome Restaurant Group, is a business with various locations, including The Eagle Restaurant located at 334 Massachusetts Ave., Indianapolis, IN 46204.

3. Plaintiff injured himself at work and instead of protecting plaintiff's job, Defendant fired Plaintiff in violation of the federal Family and Medical Leave Act and Indiana law.

## JURISDICTION AND VENUE

4. This case presents issues under the Family and Medical Leave Act, 29 USC 2601 et seq., as well as a related claim under Indiana law.

5. Venue is appropriate in that the dispute takes place in this County.

1

## BACKGROUND

6. Plaintiff was employed as a manager of The Eagle when he was required to lift numerous beer kegs into the restaurant.

7. As a result, Plaintiff suffered a painful hernia injury which required him to take time off from work and to make a Workers' Compensation claim.

8. Defendant's human resources professionals are terrible, and Defendant failed to properly pursue Plaintiff's Workers' Compensation Claim or to properly account for Plaintiff's FMLA leave.

9. Defendant is an "employer" under the FMLA as Defendant employs more than 50 individuals at this location and Plaintiff is a "covered employee" as he had worked at the restaurant from more than 12 months and in excess of 1250 hours per year.

10. Nonetheless, Defendant never properly accounted for Plaintiff's FMLA leave and then fired Plaintiff in a manner which discriminated against Plaintiff under the FMLA and in retaliation for Plaintiff seeking FMLA leave.

11. Defendant also fired Plaintiff for seeking Workers' Compensation, which is a wrongful discharge in Indiana and often referred to as a Frampton claim.

12. Defendant fired Plaintiff in violation of the FMLA and in retaliation for Plaintiff seeking and receiving FMLA leave.

13. As an employee of Defendant, Plaintiff was entitled to FMLA benefits, including but not limited to reinstatement of employment.

14. Defendant's actions violate the FMLA in that Plaintiff has been deprived of his federally protected right to receive FMLA leave.

15.     Defendants' actions have been taken in retaliation for Plaintiff seeking FMLA leave and for filing a Workers' Compensation claim.

16.     Plaintiff has suffered substantial damages as a result of Defendants' illegal conduct and seeks back pay, front pay, lost medical expenses, compensatory damages, punitive damages, attorney fees, costs, interest, and all other available damages.

17.     Defendant's actions have been willful and illegal, entitling Plaintiff to liquidated and punitive damages, as well as attorney fees and costs of this action.

18.     Plaintiff also seeks all available damages as a result of Defendant's illegal action under the Frampton claim for firing Plaintiff for seeking to file a Workers' Compensation claim

WHEREFORE, Plaintiff, Ryan Bennett, by counsel, seeks all available damages against the Defendant Thunderdome Restaurant Group, and for all other proper relief.

 Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd., STE 115
Plainfield, IN 46168
 (317) 501-6060
mark@waterfilllaw.com

## JURY DEMAND

Plaintiff demands a trial by jury.

*/s/ Mark Waterfill*

Case 1:21-cv-03027-RLY-MJD   Document 1-2   Filed 12/13/21   Page 4 of 4 PageID #: 29

4