UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:21-cv-03027-RLY-MJD |
| | ) |
| THUNDERDOME RESTAURANT GROUP, | ) |
| | ) |
| Defendant. | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record:

I, Erica M. Knear, of the firm TAFT STETTINIUS & HOLLISTER LLP, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant Thunderdome Restaurants, LLC[1].

Respectfully submitted,

*Erica M. Knear*
Erica M. Knear, #35028-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 – telephone
(317) 713-3699 – fax
eknear@taftlaw.com

*Counsel for Defendant*

---

[1] Plaintiff incorrectly named Thunderdome Restaurant Group as the defendant. Thunderdome Restaurants, LLC is the proper legal entity.

## **Certificate of Service**

I hereby certify that on December 13, 2021, a copy of the foregoing *APPEARANCE OF COUNSEL* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on December 13, 2021, I caused a copy of the foregoing *APPEARANCE OF COUNSEL* to be served via email, and properly addressed to the following:

Mark R. Waterfill
2230 Stafford Rd Ste 115, PMB 379
Plainfield, IN 46168
mark@waterfilllaw.com

*Erica M. Knear*
Erica M. Knear