UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RYAN BENNETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:21-cv-03027-RLY-MJD |
| | ) | |
| THUNDERDOME RESTAURANT GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Thunderdome Restaurants, LLC[1] ("Defendant") files the following corporate disclosures:

1.      Defendant's full name is Thunderdome Restaurants, LLC.

2.      Defendant does not have a parent company.

3.      No publicly held company has a ten percent or more ownership interest of Defendant.

Respectfully submitted,

*Erica M. Knear*
Erica M. Knear, #35028-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 – telephone
(317) 713-3699 – fax
eknear@taftlaw.com

*Counsel for Defendant*

---

[1] Plaintiff incorrectly named Thunderdome Restaurant Group as the defendant. Thunderdome Restaurants, LLC is the proper legal entity.

**Certificate of Service**

I hereby certify that on December 13, 2021, a copy of the foregoing *DEFENDANT'S CORPORATE DISCLOSURE STATEMENT* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

I further certify that on December 13, 2021, I caused a copy of the foregoing *DEFENDANT'S CORPORATE DISCLOSURE STATEMENT* to be served via email, and properly addressed to the following:

> Mark R. Waterfill
> 2230 Stafford Rd Ste 115, PMB 379
> Plainfield, IN 46168
> mark@waterfilllaw.com

> *Erica M. Knear*
> Erica M. Knear

2

72073109v1