UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:21-cv-03027-RLY-MJD |
| THUNDERDOME RESTAURANT GROUP, | ) |
| Defendant. | ) |

**CERTIFICATE OF FILING NOTICE OF REMOVAL IN STATE COURT**

The undersigned counsel for defendant Thunderdome Restaurants, LLC[1] certifies that a copy of the Notice of Removal of Civil Action was filed in the Marion County Superior Court 3, State of Indiana, in Cause No. 49D03-2111-CT-036513, on December 13, 2021.

Respectfully submitted,

*Erica M. Knear*
Erica M. Knear, #35028-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 – telephone
(317) 713-3699 – fax
eknear@taftlaw.com

*Counsel for Defendant*

---

[1] Plaintiff incorrectly named Thunderdome Restaurant Group as the defendant. Thunderdome Restaurants, LLC is the proper legal entity.

72074151v1