## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO. 49D03-2111-CT-036513** |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on defendant Thunderdome Restaurant Group ("Defendant") Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint. The Court having examined the Motion and being duly advised now finds that Defendant's Motion should be GRANTED.

THEREFORE, IT IS SO ORDERED, ADJUDGED AND DECREED that Defendant is granted an enlargement of time, up to and including **December 20, 2021**, to respond to plaintiff Ryan Bennett Complaint.

IT IS SO ORDERED.

Dated: _____**November 30, 2021**_____     _____

Judge, Marion County Circuit Court

E-Notice to all counsel of record

MARION COUNTY INDIANA COMMERCIAL COURT

RYAN BENNETT,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
         v.                                      )    CAUSE NO. 49D03-2111-CT-036513
                                                 )
THUNDERDOME RESTAURANT GROUP,                    )
                                                 )
                    Defendant.                   )

### **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**

TO:    Clerk of Court
       Marion Superior Court

       Mark R. Waterfill, Atty. No. 10935-49
       2230 Stafford Rd., STE 115
       Plainfield, IN 46168

       Please take notice that on December 13, 2021, defendant Thunderdome Restaurants, LLC

filed in the United States District Court for the Southern District of Indiana, Indianapolis Division

("Federal Court"), its Notice of Removal of Civil Action ("Notice"). A copy of the Notice filed in

the Federal Court is attached to this Notice as *Exhibit 1*. Pursuant to 28 U.S.C. § 1446(d), this

Court shall proceed no further on this case unless and until the case is remanded by the Federal

Court.

                                        */s/ Erica M. Knear*
                                        Erica M. Knear, #35028-53
                                        Taft Stettinius & Hollister LLP
                                        One Indiana Square, Suite 3500
                                        Indianapolis, IN 46204
                                        (317) 713-3500 – telephone
                                        (317) 713-3699 – fax
                                        eknear@taftlaw.com

                                        *Counsel for Defendant*

**<u>Certificate of Service</u>**

I hereby certify that on December 13, 2021, I electronically filed the foregoing *DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL* with the clerk of the court by using the Indiana Court's E-File System (IEFS) and also certify that the foregoing document was served upon the following person(s) via IEFS.

 Mark R. Waterfill
 2230 Stafford Rd Ste 115, PMB 379
 Plainfield, IN 46168
 mark@waterfilllaw.com


       */s/ Erica M. Knear*
       Erica M. Knear

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**EXHIBIT 1**

RYAN BENNETT )
       )
      Plaintiff, )
       )
      v. )    CAUSE NO. 1:21-CV-3027
       )
THUNDERDOME RESTAURANT GROUP, )
       )
      Defendant. )

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant Thunderdome Restaurants,

LLC[1] ("Defendant") gives notice of the removal of the civil action captioned as *Ryan Bennett v.*

*Thunderdome Restaurant Group*, Cause No. 49D03-2111-CT-036513, filed in the Marion

Superior Court 3 in Marion County, Indiana. The grounds for removal are as follows:

## STATE COURT ACTION

1.      On November 1, 2021, Ryan Bennett ("Plaintiff") filed a complaint against

Defendant ("Complaint") in the Marion Superior Court 3 in Marion County, Indiana, Cause No.

49D03-2111-CT-036513 (the "State Court Action").

2.      The Complaint alleges that Defendant violated federal law including the Family

Medical Leave Act, 29 U.S.C. § 2601 *et seq.* ("FMLA"). [Complaint ¶¶ 3-4, 8-14.] The Complaint

also alleges that Defendant violated state law under the Indiana Worker's Compensation Act.

3.      Plaintiff served Defendant with the Complaint and Summons in the State Court

Action on November 12, 2021.

---

[1] Plaintiff incorrectly named Thunderdome Restaurant Group as the defendant. Thunderdome Restaurants, LLC is the proper legal entity.

4.      Defendant now timely files this Notice of Removal within thirty (30) days of receipt of the Complaint and Summons. 28 U.S.C. § 1446(b).

## THIS COURT HAS JURISDICTION

5.      The Federal courts have original jurisdiction of all cases that arise under federal law, and such cases are explicitly within this Court's removal jurisdiction. 28 U.S.C. § 1331(b) (providing that the courts have removal jurisdiction for any action in which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States).

6.      Because Plaintiff asserts claims for relief under the FMLA, which is a federal law, this Court has original jurisdiction over Plaintiff's claims.

7.      To the extent Plaintiff is asserting claims for relief under the laws and public policies of the State of Indiana, this Court has jurisdiction pursuant to 28 U.S. § 1441(c).

## REMOVAL IS PROPER

8.      In accordance with 28 U.S.C. § 1446(a), a true and accurate copy of all process, pleadings, and orders from the State Court Action are attached as ***Exhibit A***.

9.      Because Defendant was served with the Complaint and Summons on November 12, 2021, its removal is timely because it is within 30 days of service of the Complaint, as required by 28 U.S.C. § 1446(b)(1).

10.      Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district corresponding to the place where the State Court Action is pending. Specifically, Plaintiff filed this action in the Marion Superior Court 3 in Marion County, Indiana which is located in the Indianapolis Division of the United States District Court

for the Southern District of Indiana. Therefore, the State Court Action may be removed to this Court.

11.     In accordance with 28 U.S.C. § 1446(d), a copy of Defendant's Notice of Removal is being filed contemporaneously with the Clerk of the Marion Superior Court 3 in Marion County, Indiana. Defendant is also contemporaneously serving this Notice of Removal on Plaintiff.

12.     In accordance with Federal Rule of Civil Procedure 11, undersigned counsel for Defendant certifies that she has read this Notice; that removal of the State Court Action is warranted by existing law to the best of counsel's knowledge, information, and belief formed after reasonable inquiry; and that this Notice is not interposed for any improper purpose.

WHEREFORE, in accordance with the authorities set forth above, Defendant removes the State Court Action to this Court and requests such other and further relief as the Court deems appropriate.

Respectfully submitted,

*Erica M. Knear*
Erica M. Knear, #35028-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 – telephone
(317) 713-3699 – fax
eknear@taftlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2021, a copy of the foregoing *Notice of Removal of Civil Action* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on December 13, 2021, I caused a copy of the foregoing *Notice of Removal of Civil Action* to be served via email, and properly addressed to the following:

Mark R. Waterfill
2230 Stafford Rd., Ste 115, PMB 379
Plainfield, IN 46168
mark@waterfilllaw.com


*Erica M. Knear*
Erica M. Knear

4

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Ryan Bennett v. Thunderdome Restaurant Group

| Case Number | 49D03-2111-CT-036513 |
| --- | --- |
| Court | Marion Superior Court 3 |
| Type | CT - Civil Tort |
| Filed | 11/01/2021 |
| Status | 11/01/2021 , Pending  (active) |

## Parties to the Case

Defendant   Thunderdome Restaurant Group

<u>Address</u>
334 Massachusetts
Indianapolis, IN 46204

<u>Attorney</u>
Erica Marie Knear
*#3502853, Retained*

Taft Stettinius & Hollister LLP
One Indiana Square
Suite 3500
Indianapolis, IN 46204

Plaintiff     Bennett, Ryan
<u>Attorney</u>
Mark R Waterfill
*#1093549, Retained*

2330 Stafford Road
STE 115 PBM 379
Plainfield, IN 46168
317-501-6060(W)

## Chronological Case Summary

| 11/01/2021 | **Case Opened as a New Filing** | |
| --- | --- | --- |

| 11/01/2021 | **Complaint/Equivalent Pleading Filed** | |
| --- | --- | --- |
| | Complaint | |
| | Filed By: | Bennett, Ryan |
| | File Stamp: | 11/01/2021 |

| 11/01/2021 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance | |
| | For Party: | Bennett, Ryan |
| | File Stamp: | 11/01/2021 |

| 11/01/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Proposed Summons | |
| | Filed By: | Bennett, Ryan |
| | File Stamp: | 11/01/2021 |

| 11/01/2021 | **Notice Filed** | |
|---|---|---|
| | Notice of Commercial Case | |
| | Filed By: | Bennett, Ryan |
| | File Stamp: | 11/01/2021 |

| 11/02/2021 | **Notice Issued** | |
|---|---|---|
| | Noticed: | Thunderdome Restaurant Group |
| | Noticed: | Waterfill, Mark R |

| 11/03/2021 | **Automated Paper Notice Issued to Parties** |
|---|---|
| | Notice Issued ---- 11/2/2021 : Thunderdome Restaurant Group |

| 11/03/2021 | **Automated ENotice Issued to Parties** |
|---|---|
| | Notice Issued ---- 11/2/2021 : Mark R Waterfill |

| 11/22/2021 | **Service Returned Served (E-Filing)** | |
|---|---|---|
| | Notice of Return of Service | |
| | Filed By: | Bennett, Ryan |
| | File Stamp: | 11/22/2021 |

| 11/24/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance (Erica Knear) | |
| | For Party: | Thunderdome Restaurant Group |
| | File Stamp: | 11/24/2021 |

| 11/24/2021 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint | |
| | Filed By: | Thunderdome Restaurant Group |
| | File Stamp: | 11/24/2021 |

| 11/30/2021 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | up to and including December 20, 2021; copies sent to parties via e-notice | |
| | Judicial Officer: | Miller, Gary L |
| | Order Signed: | 11/30/2021 |

| 12/01/2021 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Granting Motion for Enlargement of Time ---- 11/30/2021 : Erica Marie Knear;Mark R Waterfill |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Bennett, Ryan**

Plaintiff

**Balance Due** (as of 12/13/2021)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2021 | Transaction Assessment | 157.00 |
| 11/01/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| RYAN BENNETT | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| THUNDERDOME | ) |
| RESTAURANT GROUP | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

Plaintiff, Ryan Bennett, by counsel, hereby brings his Complaint against the Defendant,

Thunderdome Restaurant Group, and in support thereof states:

1. Plaintiff, Ryan Bennett, is a resident of Hendricks County and a former manager

for the Defendant at The Eagle Restaurant located at 334 Massachusetts Ave., Indianapolis, IN

46204.

2. Defendant, Thunderdome Restaurant Group, is a business with various locations,

including The Eagle Restaurant located at 334 Massachusetts Ave., Indianapolis, IN 46204.

3. Plaintiff injured himself at work and instead of protecting plaintiff's job,

Defendant fired Plaintiff in violation of the federal Family and Medical Leave Act and Indiana

law.

## JURISDICTION AND VENUE

4. This case presents issues under the Family and Medical Leave Act, 29 USC 2601

et seq., as well as a related claim under Indiana law.

5. Venue is appropriate in that the dispute takes place in this County.

## **BACKGROUND**

6.      Plaintiff was employed as a manager of The Eagle when he was required to lift numerous beer kegs into the restaurant.

7.      As a result, Plaintiff suffered a painful hernia injury which required him to take time off from work and to make a Workers' Compensation claim.

8.      Defendant's human resources professionals are terrible, and Defendant failed to properly pursue Plaintiff's Workers' Compensation Claim or to properly account for Plaintiff's FMLA leave.

9.      Defendant is an "employer" under the FMLA as Defendant employs more than 50 individuals at this location and Plaintiff is a "covered employee" as he had worked at the restaurant from more than 12 months and in excess of 1250 hours per year.

10.      Nonetheless, Defendant never properly accounted for Plaintiff's FMLA leave and then fired Plaintiff in a manner which discriminated against Plaintiff under the FMLA and in retaliation for Plaintiff seeking FMLA leave.

11.      Defendant also fired Plaintiff for seeking Workers' Compensation, which is a wrongful discharge in Indiana and often referred to as a Frampton claim.

12.       Defendant fired Plaintiff in violation of the FMLA and in retaliation for Plaintiff seeking and receiving FMLA leave.

13.      As an employee of Defendant, Plaintiff was entitled to FMLA benefits, including but not limited to reinstatement of employment.

14.      Defendant's actions violate the FMLA in that Plaintiff has been deprived of his federally protected right to receive FMLA leave.

15.     Defendants' actions have been taken in retaliation for Plaintiff seeking FMLA leave and for filing a Workers' Compensation claim.

16.     Plaintiff has suffered substantial damages as a result of Defendants' illegal conduct and seeks back pay, front pay, lost medical expenses, compensatory damages, punitive damages, attorney fees, costs, interest, and all other available damages.

17.     Defendant's actions have been willful and illegal, entitling Plaintiff to liquidated and punitive damages, as well as attorney fees and costs of this action.

18.     Plaintiff also seeks all available damages as a result of Defendant's illegal action under the Frampton claim for firing Plaintiff for seeking to file a Workers' Compensation claim

WHEREFORE, Plaintiff, Ryan Bennett, by counsel, seeks all available damages against the Defendant Thunderdome Restaurant Group, and for all other proper relief.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd., STE 115
Plainfield, IN 46168
(317) 501-6060
mark@waterfilllaw.com


**JURY DEMAND**

Plaintiff demands a trial by jury.

*/s/ Mark Waterfill*

Filed: 11/13/2021 10:37 AM
Clerk
Marion County, Indiana

## MARION COUNTY INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| **RYAN BENNETT** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) **CAUSE NO.** 49D03-2111-CT-036513 | |
| | ) | |
| **THUNDERDOME** | ) | |
| **RESTAURANT GROUP** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

### <u>APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

The party on whose behalf this form is being filed is:
Initiating _X__          Responding _____          Intervening _____; and

the undersigned attorney now appears in this case for the following parties: Ryan
Bennett.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd. STE 115, PMB 379
Plainfield IN 46168
(317) 501-6060
mark@waterfilllaw.com

# SUMMONS

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO.** 49D03-2111-CT-036513 |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

TO DEFENDANT:  Thunderdome Restaurant Group 334 Massachusetts Ave.,

Indianapolis, IN 46204

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states  the relief sought or the demand made against you be the plaintiff.

    An answer or other appropriate response in writing to the  complaint  must be filed either by  you  or  your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23)_ days  if  this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you  must assert it in your written answer.

Dated___11/1/2021_____

_____(Seal)

Clerk, Marion, Indiana Courts

**The following manner of service of summons is hereby designated: Certified Mail.**

*/s/ Mark Waterfill*
Mark R. Waterfill, Atty.
No. 10935-49
2230 Stafford, STE 115,



PMB 379
Plainfield, IN 46168
(317) 501-6060
mark@waterfilllaw.com

_____

**RETURN ON SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt
was received by me showing that the
summons and a copy of the complaint served
upon the Defendant, City of New Albany,
Indiana on the _____ day of _____,
2021.

*/s/ Mark Waterfill*

Filed: 11/3/2021 10:42 AM
Clerk
Marion County, Indiana

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| RYAN BENNETT | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 49D03-2111-CT-036513 |
| | ) |
| THUNDERDOME | ) |
| RESTAURANT GROUP | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE IDENTIFYING COMMERCIAL COURT DOCKET CASE

Plaintiff, Ryan Bennett, having filed his Complaint against Defendant Thunderdome

Restaurant Group, hereby files this notice identifying this matter as a Commercial Court docket

case.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd. STE 115, PMB 379
Plainfield IN 46168
 (317) 501-6060
mark@waterfilllaw.com

## This is not a commercial court case.

# MARION COUNTY INDIANA SUPERIOR COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO.** 49D03-2111-CT-036513 |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## RETURN OF SERVICE

Plaintiff, Ryan Bennett, by counsel, hereby gives notice that the Summons and Complaint have been served upon the Defendant Thunderdome Restaurant Group on November 2, 2021, as evidenced by the attached signed green slip reflecting the return of service.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd. STE 115, PMB 379
Plainfield IN 46168
(317) 501-6060
mark@waterfilllaw.com

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thunderdome Restaurant
334 Massachusetts Ave
Indianapolis IN
46204

9590 9402 6498 0346 8194 66

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Clerk
Marion County, Indiana

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6498 0346 8194 66

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Mark Waterfill
2230 Stafford Rd #115
Plainfield IN
46168

Filed: 11/24/2021 10:34 AM
Clerk
Marion County, Indiana

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO. 49D03-2111-CT-036513** |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is: **Responding** and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties: **Defendant Thunderdome Restaurant Group.**

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Erica M. Knear, #35028-53
   Taft Stettinius & Hollister LLP
   One Indiana Square, Suite 3500
   Indianapolis IN 46204-2023
   Phone: 317-713-3500
   Fax: 317-713-3699
   Email: eknear@taftlaw.com

   **IMPORTANT**: Each attorney specified on this appearance:

   (a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b)    acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a **CT** case type as defined in administrative Rule 8(B)(3).

4. I will accept service by FAX at the above noted number:  **No**

5. This case involves child support issues. **No**

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  **No**

7. This case involves a petition for involuntary commitment.  **No**

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:  **N/A**

9. There are related cases: **No**

10. Additional information required by local rule: **None**

11. There are other party members: **No**

12. This form has been served on all other parties and Certificate of Service is attached:

    **Yes**

Dated: November 24, 2021                    Respectfully submitted,

                                            /s/Erica M. Knear
                                            Erica M. Knear, #35028-53
                                            Taft Stettinius & Hollister LLP
                                            One Indiana Square, Suite 3500
                                            Indianapolis, IN 46204
                                            (317) 713-3500 – telephone
                                            (317) 713-3699 – fax
                                            eknear@taftlaw.com

                                            *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I electronically filed the foregoing document

using the Indiana E-File System (IEFS).

I further certify that on November 24, 2021, the foregoing document was served upon the

following person(s) via IEFS.

Mark R. Waterfill
mark@waterfilllaw.com

                                            /s/Erica M. Knear
                                            Erica M. Knear

71889159v1

## MARION COUNTY INDIANA COMMERCIAL COURT

RYAN BENNETT              )
                            )
     **Plaintiff,**         )
                            )
      **v.**            ) **CAUSE NO. 49D03-2111-CT-036513**
                            )
**THUNDERDOME**          )
**RESTAURANT GROUP**    )
                            )
                            )
                            )
     **Defendant.**        )

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
### OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Thunderdome Restaurant Group ("Defendant"), by counsel, respectfully moves, pursuant to Local Rule LR49-TR5-203(D), for an enlargement of time, up to and including **December 20, 2021**, within which to respond to plaintiff Ryan Bennett's ("Plaintiff's") Complaint. In support of this Motion, Defendant states:

1.     Plaintiff filed his Complaint on November 1, 2021. Defendant was served on November 12, 2021. Thus, Defendant's current response deadline is **December 2, 2021**. That date has not yet passed.

2.     Defendant reasonably requires additional time to prepare a responsive pleading. This proposed extension is not sought for purposes of undue delay and will not prejudice any party to this action.

3.     On November 23, 2021, Plaintiff's counsel confirmed that Plaintiff does not object to this requested enlargement.

WHEREFORE, Defendant requests entry of an Order granting an enlargement of time, up to an including **December 20, 2021**, within which to respond to the Complaint, and for all other just and proper relief.

Dated: November 24, 2021        Respectfully submitted,

*/s/Erica M. Knear*
Erica M. Knear, #35028-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 – telephone
(317) 713-3699 – fax
eknear@taftlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I electronically filed the foregoing document using the Indiana E-File System (IEFS).

I further certify that on November 24, 2021, the foregoing document was served upon the following person(s) via IEFS.

Mark R. Waterfill
mark@waterfilllaw.com

*/s/Erica M. Knear*
Erica M. Knear

71888501v1

2

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| RYAN BENNETT | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) CAUSE NO. 49D03-2111-CT-036513 |
| | ) |
| THUNDERDOME | ) |
| RESTAURANT GROUP | ) |
| | ) |
| | ) |
| | ) |
|     Defendant. | ) |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on defendant Thunderdome Restaurant Group ("Defendant") Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint. The Court having examined the Motion and being duly advised now finds that Defendant's Motion should be GRANTED.

THEREFORE, IT IS SO ORDERED, ADJUDGED AND DECREED that Defendant is granted an enlargement of time, up to and including **December 20, 2021**, to respond to plaintiff Ryan Bennett Complaint.

IT IS SO ORDERED.


Dated: _____      _____

                                     Judge, Marion County Circuit Court


E-Notice to all counsel of record

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO. 49D03-2111-CT-036513** |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**F I L E D**

November 30, 2021

CLERK OF THE COURT
MARION COUNTY
ND

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on defendant Thunderdome Restaurant Group ("Defendant") Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint. The Court having examined the Motion and being duly advised now finds that Defendant's Motion should be GRANTED.

THEREFORE, IT IS SO ORDERED, ADJUDGED AND DECREED that Defendant is granted an enlargement of time, up to and including **December 20, 2021**, to respond to plaintiff Ryan Bennett Complaint.

IT IS SO ORDERED.

Dated: **November 30, 2021** _____

Judge, Marion County Circuit Court

E-Notice to all counsel of record

Filed: 11/24/2021 10:34 AM
Clerk
Marion County, Indiana

## MARION COUNTY INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| RYAN BENNETT | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) **CAUSE NO. 49D03-2111-CT-036513** | |
| | ) | |
| THUNDERDOME | ) | |
| RESTAURANT GROUP | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is: **Responding** and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties: **Defendant Thunderdome Restaurant Group.**

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Erica M. Knear, #35028-53
   Taft Stettinius & Hollister LLP
   One Indiana Square, Suite 3500
   Indianapolis IN 46204-2023
   Phone:  317-713-3500
   Fax:  317-713-3699
   Email:  eknear@taftlaw.com

   **IMPORTANT**:  Each attorney specified on this appearance:

   (a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b)     acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a **CT** case type as defined in administrative Rule 8(B)(3).

4. I will accept service by FAX at the above noted number:  **No**

5. This case involves child support issues. **No**

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  **No**

7. This case involves a petition for involuntary commitment.  **No**

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:  **N/A**

9. There are related cases: **No**

10. Additional information required by local rule: **None**

11. There are other party members: **No**

12. This form has been served on all other parties and Certificate of Service is attached:

   **Yes**

Dated: November 24, 2021                    Respectfully submitted,

                                            */s/Erica M. Knear*
                                            Erica M. Knear, #35028-53
                                            Taft Stettinius & Hollister LLP
                                            One Indiana Square, Suite 3500
                                            Indianapolis, IN 46204
                                            (317) 713-3500 – telephone
                                            (317) 713-3699 – fax
                                            eknear@taftlaw.com

                                            *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I electronically filed the foregoing document using the Indiana E-File System (IEFS).

I further certify that on November 24, 2021, the foregoing document was served upon the following person(s) via IEFS.

Mark R. Waterfill
mark@waterfilllaw.com

                                            */s/Erica M. Knear*
                                            Erica M. Knear

71889159v1

3

Filed: 11/24/2021 10:34 AM
Clerk
Marion County, Indiana

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO. 49D03-2111-CT-036513** |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Thunderdome Restaurant Group ("Defendant"), by counsel, respectfully moves, pursuant to Local Rule LR49-TR5-203(D), for an enlargement of time, up to and including **December 20, 2021**, within which to respond to plaintiff Ryan Bennett's ("Plaintiff's") Complaint. In support of this Motion, Defendant states:

1.    Plaintiff filed his Complaint on November 1, 2021. Defendant was served on November 12, 2021. Thus, Defendant's current response deadline is **December 2, 2021**. That date has not yet passed.

2.    Defendant reasonably requires additional time to prepare a responsive pleading. This proposed extension is not sought for purposes of undue delay and will not prejudice any party to this action.

3.    On November 23, 2021, Plaintiff's counsel confirmed that Plaintiff does not object to this requested enlargement.

WHEREFORE, Defendant requests entry of an Order granting an enlargement of time, up to an including **December 20, 2021**, within which to respond to the Complaint, and for all other just and proper relief.

Dated: November 24, 2021     Respectfully submitted,

            */s/Erica M. Knear*
            Erica M. Knear, #35028-53
            Taft Stettinius & Hollister LLP
            One Indiana Square, Suite 3500
            Indianapolis, IN 46204
            (317) 713-3500 – telephone
            (317) 713-3699 – fax
            eknear@taftlaw.com

            *Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 24, 2021, I electronically filed the foregoing document using the Indiana E-File System (IEFS).

I further certify that on November 24, 2021, the foregoing document was served upon the following person(s) via IEFS.

Mark R. Waterfill
mark@waterfilllaw.com

            */s/Erica M. Knear*
            Erica M. Knear

71888501v1

## MARION COUNTY INDIANA COMMERCIAL COURT

RYAN BENNETT                          )
                                      )
    **Plaintiff,**                 )
                                      )
    **v.**                        ) **CAUSE NO. 49D03-2111-CT-036513**
                                      )
**THUNDERDOME**                       )
**RESTAURANT GROUP**                  )
                                      )
                                      )
                                      )
    **Defendant.**                )

**F I L E D**

November 30, 2021

CLERK OF THE COURT
MARION COUNTY
ND

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on defendant Thunderdome Restaurant Group ("Defendant") Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint. The Court having examined the Motion and being duly advised now finds that Defendant's Motion should be GRANTED.

THEREFORE, IT IS SO ORDERED, ADJUDGED AND DECREED that Defendant is granted an enlargement of time, up to and including **December 20, 2021**, to respond to plaintiff Ryan Bennett Complaint.

IT IS SO ORDERED.

Dated: _____        _____
        **November 30, 2021**                Judge, Marion County Circuit Court

E-Notice to all counsel of record

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO.** 49D03-2111-CT-036513 |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### APPEARANCE BY ATTORNEY IN CIVIL CASE

The party on whose behalf this form is being filed is:
Initiating _X__         Responding ____        Intervening _____; and

the undersigned attorney now appears in this case for the following parties:  Ryan Bennett.

> Respectfully submitted,
> */s/ Mark Waterfill*
> Mark R. Waterfill, Atty. No. 10935-49
> 2230 Stafford Rd. STE 115, PMB 379
> Plainfield IN 46168
>  (317) 501-6060
> mark@waterfilllaw.com

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO.** 49D03-2111-CT-036513 |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE IDENTIFYING COMMERCIAL COURT DOCKET CASE

Plaintiff, Ryan Bennett, having filed his Complaint against Defendant Thunderdome

Restaurant Group, hereby files this notice identifying this matter as a Commercial Court docket

case.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd. STE 115, PMB 379
Plainfield IN 46168
 (317) 501-6060
mark@waterfilllaw.com

This is not a commercial court case.

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| RYAN BENNETT | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| THUNDERDOME | ) |
| RESTAURANT GROUP | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## <u>COMPLAINT</u>

Plaintiff, Ryan Bennett, by counsel, hereby brings his Complaint against the Defendant, Thunderdome Restaurant Group, and in support thereof states:

1.    Plaintiff, Ryan Bennett, is a resident of Hendricks County and a former manager for the Defendant at The Eagle Restaurant located at 334 Massachusetts Ave., Indianapolis, IN 46204.

2.    Defendant, Thunderdome Restaurant Group, is a business with various locations, including The Eagle Restaurant located at 334 Massachusetts Ave., Indianapolis, IN 46204.

3.    Plaintiff injured himself at work and instead of protecting plaintiff's job, Defendant fired Plaintiff in violation of the federal Family and Medical Leave Act and Indiana law.

## <u>JURISDICTION AND VENUE</u>

4.    This case presents issues under the Family and Medical Leave Act, 29 USC 2601 et seq., as well as a related claim under Indiana law.

5.    Venue is appropriate in that the dispute takes place in this County.

1

## **BACKGROUND**

6.      Plaintiff was employed as a manager of The Eagle when he was required to lift numerous beer kegs into the restaurant.

7.      As a result, Plaintiff suffered a painful hernia injury which required him to take time off from work and to make a Workers' Compensation claim.

8.      Defendant's human resources professionals are terrible, and Defendant failed to properly pursue Plaintiff's Workers' Compensation Claim or to properly account for Plaintiff's FMLA leave.

9.      Defendant is an "employer" under the FMLA as Defendant employs more than 50 individuals at this location and Plaintiff is a "covered employee" as he had worked at the restaurant from more than 12 months and in excess of 1250 hours per year.

10.     Nonetheless, Defendant never properly accounted for Plaintiff's FMLA leave and then fired Plaintiff in a manner which discriminated against Plaintiff under the FMLA and in retaliation for Plaintiff seeking FMLA leave.

11.     Defendant also fired Plaintiff for seeking Workers' Compensation, which is a wrongful discharge in Indiana and often referred to as a Frampton claim.

12.      Defendant fired Plaintiff in violation of the FMLA and in retaliation for Plaintiff seeking and receiving FMLA leave.

13.     As an employee of Defendant, Plaintiff was entitled to FMLA benefits, including but not limited to reinstatement of employment.

14.     Defendant's actions violate the FMLA in that Plaintiff has been deprived of his federally protected right to receive FMLA leave.

15.     Defendants' actions have been taken in retaliation for Plaintiff seeking FMLA leave and for filing a Workers' Compensation claim.

16.     Plaintiff has suffered substantial damages as a result of Defendants' illegal conduct and seeks back pay, front pay, lost medical expenses, compensatory damages, punitive damages, attorney fees, costs, interest, and all other available damages.

17.     Defendant's actions have been willful and illegal, entitling Plaintiff to liquidated and punitive damages, as well as attorney fees and costs of this action.

18.     Plaintiff also seeks all available damages as a result of Defendant's illegal action under the Frampton claim for firing Plaintiff for seeking to file a Workers' Compensation claim

WHEREFORE, Plaintiff, Ryan Bennett, by counsel, seeks all available damages against the Defendant Thunderdome Restaurant Group, and for all other proper relief.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd., STE 115
Plainfield, IN 46168
(317) 501-6060
mark@waterfilllaw.com


## **JURY DEMAND**

Plaintiff demands a trial by jury.

*/s/ Mark Waterfill*

4



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Clerk
Marion County, Indiana

1. Article Addressed to:

Thunderdome Restaurant
334 Massachusetts Ave
Indianapolis IN
46204

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

9590 9402 6498 0346 8194 66

2. Article Number *(Transfer from service label)*

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



USPS TRACKING #

9590 9402 6498 0346 8194 66

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Mark Waterfill
2230 Stafford Rd  #115
Plainfield IN
46168

Filed: 11/22/2021 10:11 AM
Clerk
Marion County, Indiana

## MARION COUNTY INDIANA SUPERIOR COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO.** 49D03-2111-CT-036513 |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### **RETURN OF SERVICE**

Plaintiff, Ryan Bennett, by counsel, hereby gives notice that the Summons and Complaint have been served upon the Defendant Thunderdome Restaurant Group on November 2, 2021, as evidenced by the attached signed green slip reflecting the return of service.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd. STE 115, PMB 379
Plainfield IN 46168
(317) 501-6060
mark@waterfilllaw.com

# SUMMONS

## MARION COUNTY INDIANA COMMERCIAL COURT

| | |
|---|---|
| **RYAN BENNETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO.** 49D03-2111-CT-036513 |
| | ) |
| **THUNDERDOME** | ) |
| **RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

TO DEFENDANT:  Thunderdome Restaurant Group 334 Massachusetts Ave.,

Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states  the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23)_ days  if  this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you  must assert it in your written answer.

Dated  11/1/2021

_Mylas A. Eldridge_ (Seal)

Clerk, Marion, Indiana Courts

**The following manner of service of summons is hereby designated: Certified Mail.**

/s/ Mark Waterfill
Mark R. Waterfill, Atty.
No. 10935-49
2230 Stafford, STE 115,



PMB 379
Plainfield, IN 46168
(317) 501-6060
mark@waterfilllaw.com

_____

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint served upon the Defendant, City of New Albany, Indiana on the _____ day of _____, 2021.

*/s/ Mark Waterfill*