UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:21-cv-03027-RLY-MJD |
| | ) |
| THUNDERDOME RESTAURANT GROUP, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO APPEAR *PRO HAC VICE*
### FILED ON BEHALF OF ATTORNEY SARAH CLAY LEYSHOCK

Erica M. Knear of the law firm Taft Stettinius & Hollister LLP, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Sarah Clay Leyshock of Taft Stettinius & Hollister LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of defendant Thunderdome Restaurants, LLC[1] in the above-styled cause only. In support of this motion, the undersigned states:

1.      The Certification of Sarah Clay Leyshock, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2.      Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Sarah Clay Leyshock leave to appear *pro hac vice* for purposes of this cause only.

Dated: December 14, 2021                Respectfully submitted,

                                        *Erica M. Knear*
                                        Erica M. Knear, #35028-53
                                        TAFT STETTINIUS & HOLLISTER LLP

---

[1] Plaintiff incorrectly named Thunderdome Restaurant Group as the defendant. Thunderdome Restaurants, LLC is the proper legal entity.

One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

(317) 713-3500 – phone
(317) 713-3699 – fax
eknear@taftlaw.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, copy of the foregoing *Motion to Appear Pro Hac Vice Filed On Behalf Of Attorney Sarah Clay Leyshock* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on December 14, 2021, a copy of the foregoing *Motion to Appear Pro Hac Vice Filed On Behalf Of Attorney Sarah Clay Leyshock* was served upon the PHV applicant via electronic mail:

Sarah Clay Leyshock (PHV Applicant)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
sleyshock@taftlaw.com

*Erica M. Knear*
Erica M. Knear