**EXHIBIT A**

**Certification of Sarah Clay Leyshock**
**In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear *Pro Hac Vice* filed on my behalf by **Erica Knear** of the law firm **Taft Stettinius & Hollister, LLP**, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1.       I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): **Ohio (admitted May 14, 2007), Kentucky (admitted May 1, 2008), United States Court of Appeals for the Sixth Circuit (admitted September 25, 2007), United States District Court for the Southern District of Ohio (admitted July 13, 2007), United States District Court for the Eastern Distract of Kentucky (admitted January 21, 2014), and United States District Court for the Western District of Kentucky (admitted November 6, 2020).**

*2.*       I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.       I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: December 14, 2021

Respectfully submitted,

Sarah Clay Leyshock (0081695)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838 - telephone
(513) 381-0205 - fax
sleyshock@taftlaw.com