UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:21-cv-03027-RLY-MJD |
| THUNDERDOME RESTAURANT GROUP, | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Erica M. Knear of the law firm Taft Stettinius & Hollister LLP, seeking an Order granting Sarah Clay Leyshock of Taft Stettinius & Hollister**,** leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of defendant Thunderdome Restaurants, LLC in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

> Sarah Clay Leyshock
> Taft Stettinius & Hollister LLP
> 425 Walnut Street, Suite 1800
> Cincinnati, OH 45202-3957
> (513) 381-2838 - telephone
> (513) 381-0205 – fax
> sleyshock@taftlaw.com

Dated: _____

_____
Judge,  United States District Court
Southern District of Indiana

Distribution list:

All ECF-registered counsel of record via email generated by the Court's ECF system.

To PHV applicant via U.S. Mail: Sarah Clay Leyshock, Taft Stettinius & Hollister LLP, 425 Walnut Street, Suite 1800, Cincinnati, OH 45202-3957