UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-03027-RLY-MJD |
| | ) |
| THUNDERDOME RESTAURANT GROUP, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Sarah Clay Leyshock to appear and participate *pro hac vice* as counsel for Defendant in the above-captioned cause only. [Dkt. 8.] The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information should be entered as follows:

Sarah Clay Leyshock
TAFT STETTINIUS & HOLLISTER LLP (Cincinnati)
425 Walnut St. Suite 1800
Cincinnati, OH 45202
(513) 381-2838
Fax: (513) 381-0205
Email: sleyshock@taftlaw.com

SO ORDERED.

Dated:  15 DEC 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.