UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-03027-RLY-MJD |
| | ) |
| THUNDERDOME RESTAURANTS, LLC | ) |
| | ) |
| Defendant. | ) |

**ENTRY TO UPDATE DEFENDANT'S NAME**

In appearing for Defendant in this matter, counsel have advised the Court that the proper legal name for Defendant is Thunderdome Restaurants, LLC. [*See* Dkt. 2 at 1, FN 1; Dkt. 8 at 1, FN 1.] Therefore, the Court, *sua sponte*, directs the Clerk to **SUBSTITUTE** Thunderdome Restaurants, LLC as the properly named Defendant in this matter, consistent with the caption of this Order, and to update the case docket accordingly.

SO ORDERED.

Dated: 11 JAN 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.