UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:21-cv-03027-RLY-MJD |
| ) | |
| THUNDERDOME RESTAURANTS, LLC, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LISTS

### WITNESSES

1. Ryan Bennett

2. David Downs

3. Ricky Tindell

4. Erica _____, line lead at Bakersfield

5. The assistant kitchen manager at the Eagle whose name is not yet known

6. All persons listed by Defendants.

7. Any individual identified during any deposition in this matter.

8. All persons necessary to authenticate documents, for impeachment or for rebuttal.

Plaintiffs reserve the right to supplement this list.

### EXHIBITS

1. All text messages between the parties.

2. All emails between the parties.

3. All medical records and bills related to injuries sustained by Plaintiff.

4. All exhibits submitted by Plaintiff or Defendant.

5. All photographs of Plaintiff's injuries.

6. All documents produced by the parties.

7. All documents identified by Defendant;

8. Statements, recordings, or notes related to any communication Defendant had with any person in any way related to this case;

9. Any deposition or document used or identified as an exhibit in a deposition taken in this action;

10. Documents any party or non-party produces or identifies in discovery;

11. Any documents filed or served by any party in connection with pre-trial motions;

12. Any documents identified on any disclosures, preliminary or final exhibit list;

13. Any documents necessary for purposes of impeachment or rebuttal;

14. Documents relating to the damages outlined in the Complaint;

15. All statements, declarations or affidavits taken by any party;

16. The pleadings, papers, and documents filed in this case;

18. The discovery requests and responses served in this case.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd. STE 115, PMB 379
Plainfield IN 46168
 (317) 501-6060
mark@waterfilllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true, exact and authentic copy of the foregoing has been served upon all counsel of record by way of electronic service the same day as filing.

*/s/ Mark Waterfill*