UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:21-cv-03027-RLY-MJD |
| | ) |
| THUNDERDOME RESTAURANTS, LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS**

Defendant Thunderdome Restaurants, LLC ("Defendant") submits its preliminary witness and exhibit lists as follows:

**Preliminary Witness List**

1. Plaintiff Ryan Bennett ("Plaintiff");

2. Kier Muchnicki;

3. Ricky Tindell;

4. Collin Martin;

5. Any witness necessary to rebut testimony or evidence introduced by Plaintiff;

6. Any witness necessary or qualified to lay the foundation for the admissibility of a document or other exhibit;

7. Any witness who has information or knowledge relevant to the issues in this matter as determined by counsel during discovery and investigation;

8. Any witness listed on Plaintiff's initial disclosures or preliminary or final witness lists;

9. Expert witnesses not yet identified; and

10. All persons deposed in this action.

Defendant reserves the right to seek leave of Court to supplement this list of witnesses should additional witnesses be identified through discovery or investigation. This list does not necessarily include witnesses whom Defendant may call for the purpose of impeachment or rebuttal.

## **Preliminary Exhibit List**

1. Defendant's personnel and other relevant policies;

2. Defendant's business records, emails, or other documents or reports discussing Plaintiff that are relevant to his complaint, and employment with Defendant;

3. Defendant's personnel files related to Plaintiff;

4. Communications and documents related to Plaintiff's workplace injury and worker's compensation claim;

5. Communications involving Plaintiff;

6. Plaintiff's state and federal tax returns (not yet in Defendant's possession);

7. Plaintiff's medical records (not yet in Defendant's possession);

8. Any exhibit listed on the initial disclosures or preliminary or final exhibit lists of Plaintiff;

9. All communications and documents relating to Plaintiff's claim for damages;

10. All documents relating to the facts alleged in the pleadings filed in this action;

11. All deposition exhibits;

12. All pleadings and documents, including exhibits and documents attached thereto, filed with the Court by the parties to this action;

13. All documents that the parties or non-parties have produced or may produce in this action;

14. Documents relied upon by any expert witnesses; and

15. Other documents that Defendant may identify through discovery.

Defendant reserves the right to seek leave of Court to supplement this list of exhibits should additional exhibits be identified through ongoing discovery or investigation. This list does not necessarily include any exhibits that Defendant may introduce at the trial of this matter for the purpose of impeachment or rebuttal.

        Respectfully submitted,

*/s/ Erica M. Knear*
Erica M. Knear, #35028-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 – telephone
(317) 713-3699 – fax
eknear@taftlaw.com

Sarah Clay Leyshock *(admitted pro hac vice)*
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838 – telephone
(513) 381-0205 – fax
sleyshock@taftlaw.com

*Counsel for Defendant*