UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RYAN BENNETT,                           )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )       CAUSE NO. 1:21-cv-03027-RLY-MJD
                                        )
THUNDERDOME RESTAURANTS, LLC,           )
                                        )
                    Defendant.          )

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c)(1), plaintiff Ryan Bennett and defendant Thunderdome Restaurants, LLC (collectively, the "Parties") request the entry of the proposed Protective Order attached hereto as Exhibit 1. In support, the Parties state as follows:

1.      The Parties agree that discovery in this matter will likely involve production of certain limited confidential, proprietary, or private information for which special protection from disclosure would be warranted.  This information includes the Parties' financial information, employee records, social security numbers, home addresses, and personal telephone numbers.

2.      To facilitate the exchange of this information, the Parties have conferred in good faith to agree to the terms included in the proposed Protective Order attached hereto as Exhibit 1.

3.      The Parties agree that good cause exists for the entry of the Protective Order, as the Parties need to guarantee the preservation of their legitimate proprietary and privacy interests, including sources of information that have not been released to the public and which the Parties may mutually seek production of through their formal or informal discovery requests. *See Star Sci., Inc. v. Carter*, 204 F.R.D. 410, 416 (S.D. Ind. 2001) (finding good cause existed to enter a protective order given the potential dangers faced by parties if a competitor gained access

to the aforementioned trade secrets and confidential information, because such potential dangers "outweigh any legitimate interest one may possess in obtaining these documents.").

THEREFORE, for the reasons set forth in this Motion, the Parties respectfully request the Court approve and enter the Protective Order attached hereto as Exhibit 1.

Respectfully submitted,

*Mark R. Waterfill (with consent)*
Mark R. Waterfill, #10935-49
2230 Stafford Rd., STE 115, PMB 379
Plainfield, IN 46168
(317) 501-6060 - telephone
mark@waterfilllaw.com

Counsel for Plaintiff

*Erica M. Knear*
Erica M. Knear, #35028-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 – telephone
(317) 713-3699 – fax
eknear@taftlaw.com

Sarah Clay Leyshock *(admitted pro hac vice)*
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838 – telephone
(513) 381-0205 – fax
sleyshock@taftlaw.com

Counsel for Defendant