UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RYAN BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-03027-RLY-MJD |
| | ) | |
| THUNDERDOME RESTAURANTS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED SCHEDULING ORDER**
**SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter is currently set for an in-person Settlement Conference on **Tuesday, June 28, 2022 at 9:00 a.m. (Eastern)**. The Court, *sua sponte*, hereby **CONVERTS** the settlement conference from in person to **telephonic**; all other requirements of the Court's Order scheduling the settlement conference [Dkt. 15] remain in effect, and all persons required to appear thereby shall appear by telephone for the settlement conference via call-in information to be separately provided.

SO ORDERED.

Dated: 23 MAY 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.