UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:21-cv-03027-RLY-MJD |
| ) | |
| THUNDERDOME RESTAURANTS, LLC, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

Plaintiff, Ryan Bennett, by counsel, hereby moves to reschedule the settlement conference, and in support thereof states:

1. The settlement conference in this case is scheduled for June 28m 2022 at 9 am.

2. Counsel for Plaintiff has a jury trial, second choice, setting for June 28, 2022, in the Hendricks Superior Court No. 4, Copsey v. Ebert, **32D04-2012-CT-000219.**

3. Counsel apologizes to the Court and to opposing counsel but when this settlement conference was scheduled, the Hendricks County Court's docket entry showed the jury trial as set for June 22, 2022. Counsel recently learned that the Court Order stated June 28, 2022 and that the docket entry was incorrect.

4. Counsel and his client are available June 23, 24, July 1, 6 - 8, 2022.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
2230 Stafford Rd. STE 115, PMB 379
Plainfield IN 46168
 (317) 501-6060
mark@waterfilllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true, exact and authentic copy of the foregoing has been served upon all counsel of record by way of electronic service the same day as filing.

*/s/ Mark Waterfill*