UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RYAN BENNETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 1:21-cv-03027-RLY-MJD |
| | ) |
| **THUNDERDOME RESTAURANTS, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

Plaintiff, Ryan Bennett, by counsel, had moved to reschedule the settlement conference, which Motion is GRANTED. The Settlement Conference is set for the _____ day of _____, 2022, at _____.

Dated: _____                    _____

                                                                                                             Judge, United States District Court