UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RYAN BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-03027-RLY-MJD |
| | ) | |
| THUNDERDOME RESTAURANTS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Reschedule Settlement Conference. [Dkt. 28.] The Court, being duly advised, hereby **GRANTS** the motion. The Telephonic Settlement Conference set for June 28, 2022 is **RESCHEDULED** to **Friday, June 24, 2022 at 9:00 a.m. (Eastern)**. All other requirements of the Court's Orders scheduling the conference [Dkts. 15 & 27] remain in effect.

SO ORDERED.

Dated: 25 MAY 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.