UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-03027-RLY-MJD |
| | ) |
| THUNDERDOME RESTAURANTS LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on Defendant's Unopposed Motion for Relief from the Requirements that an Officer Attend the Settlement Conference. [Dkt. 31.] The motion requests leave for Kier Muchnicki, Director of Team Member Engagement, to represent Defendant at the upcoming settlement conference.  The Court neither mandates nor approves a particular individual to represent a corporate party at a settlement conference; rather, Defendant is required to be represented by an individual who possesses the settlement authority required by the Court's order scheduling the settlement conference.  [*See* Dkt. 15 at 1-2 & n.1; Dkt. 27.]

The thrust of Defendant's motion is to obtain relief from the Court's requirement that "unless excused by written order of the court,…an officer (President, Vice President, Treasurer, Secretary, CFO, CEO or COO) of every corporate entity that is a party, shall attend the settlement conference."  [Dkt. 15 at 2; Dkt. 27.]  That motion is **GRANTED IN PART** and **DENIED IN PART**.  Defendant is excused from having an officer of the company present, in person, for the settlement conference, so long as the following conditions are satisfied:  (1) Defendant must be represented at the settlement conference by an individual, other than its

counsel of record in this case, with the complete, independent and discretionary authority to settle the case, in the representative's sole discretion, for an amount up to the Plaintiff's most recent settlement demand, as required by the Court's order setting the settlement conference, [Dkt. 15 at 1-2 & n.1; Dkt. 27]; (2) an individual must be present for the settlement conference with the authority to execute any and all settlement documents on behalf of Defendant, which individual may be its counsel of record; and (3) either the chief executive officer, the chief financial officer, or the chief operating officer of Defendant must be available by telephone during the course of the settlement conference in the event their participation in the conference is deemed necessary by the Magistrate Judge. In the event Defendant cannot or will not comply with the above stated conditions, then Defendant's motion is denied.

    SO ORDERED.

Dated: 22 JUN 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.