UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:21-cv-03027-RLY-MJD |
| THUNDERDOME RESTAURANTS, LLC, | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF DISPOSITIVE MOTION DEADLINE**

Defendant Thunderdome Restaurants, LLC ("Defendant"), by counsel, moves the Court for a 30-day extension of the dispositive motion deadline from September 30, 2022 to October 31, 2022. In support of this motion, Defendant states as follows:

1. The parties' dispositive motion deadline is currently September 30, 2022. This time has not yet passed, and the deadline has never been extended.

2. Defendant and its counsel have been diligently working to complete its briefing in support of its motion for summary judgment and coordinating with Defendant's employees to finalize the motion. Despite their diligence in drafting the briefing and requesting the necessary documents, however, Defendant is still awaiting key documents that it needs to finalize its motion.

3. In early July, 2022, Defendant requested records from The Cincinnati Insurance Company ("CIC") through Defendant's broker with an offer to provide a subpoena if necessary. CIC is the worker's compensation insurance carrier that handled plaintiff Ryan Bennett's ("Plaintiff's") worker's compensation claim that is at issue in this litigation. CIC did not respond to this request.

4. On August 25, 2022, Defendant served a non-party subpoena for records from The Cincinnati Insurance Company ("CIC"). Defendant is seeking Plaintiff's worker's compensation file from CIC. Defendant needs these records to be able to respond to Plaintiff's claim of worker's compensation retaliation and the allegation that Defendant did not properly process his worker's compensation claim.

5. Defendant's counsel took the following reasonably diligent steps to obtain this documentation prior to the current dispositive motion deadline: On August 25, 2022, Defendant served its non-party subpoena for records to CIC. On August 30, 2022, CIC responded to Defendant's subpoena without producing documents and requested a signed authorization from Plaintiff before it would release any records. That same day, on August 30, 2022, the undersigned counsel for Defendant emailed Plaintiff's counsel and requested the signed authorization from Plaintiff. Plaintiff's counsel returned the signed authorization on September 16, 2022. That same day, on September 16, 2022, the undersigned counsel for Defendant emailed CIC and provided the signed authorization. On September 21, 2022, CIC confirmed that it would accept the signed authorization and requested pre-payment of the invoice before it would release any documents. That same day, on September 21, 2022, Defendant mailed the requested pre-payment to CIC. As of the date of this filing, Defendant is still awaiting the documents from CIC despite its due diligence to request and receive them prior to the current dispositive motion deadline.

6. Accordingly, Defendant respectfully requests a 30-day extension of the dispositive motion deadline to and including October 31, 2022. October 30, 2022 is a Sunday.

7. This requested extension should not disrupt any other case management deadlines.

16482698.1

8. The undersigned counsel for Defendant emailed Plaintiff's counsel on September 19, 2022 to determine whether Plaintiff objects to this request, and Plaintiff's counsel confirmed via email on September 21, 2022 that Plaintiff has no objection to the extension.

9. This motion is not being brought for purposes of delay, or for any improper purpose, and Defendant has shown good cause for the requested extension.

WHEREFORE, Defendant requests a 30-day extension of the dispositive motion deadline from September 30, 2022 to and including October 31, 2022, and for all other just and proper relief.

Respectfully submitted,

*Erica M. Knear*
Erica M. Knear, Atty. No. 35028-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 – telephone
(317) 713-3699 – fax
eknear@taftlaw.com

Sarah Clay Leyshock, OH Atty. No. 0081695
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838 – telephone
(513) 381-0205 – fax
sleyshock@taftlaw.com
*Admitted Pro Hac Vice*

*Counsel for Defendant*

16482698.1