UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CAUSE NO. 1:21-cv-03027-RLY-MJD |
| THUNDERDOME RESTAURANTS, LLC, | ) ) ) |
| Defendant. | ) |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
### TO EXTEND DISPOSITIVE MOTION DEADLINE

This matter came before the Court on Defendant's unopposed motion for extension of dispositive motion deadline. The Court being duly advised, now GRANTS said Motion.

IT IS ORDERED that the dispositive motion deadline is hereby extended by thirty (30) days, to and including **October 31, 2022**.