UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:21-cv-03027-RLY-MJD |
| THUNDERDOME RESTAURANTS LLC, | ) ) ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Defendant's Unopposed Motion for Extension of Dispositive Motion Deadline. [Dkt. 38.] The Court, being duly advised, hereby **GRANTS** the motion, and paragraph IV(C) of the approved Case Management Plan [Dkt. 16] is amended as follows:

    C.    Dispositive motions are expected and shall be filed by **October 31, 2022**; non-expert witness discovery and discovery relating to liability issues shall be completed by **September 2, 2022**; all remaining discovery shall be completed by **February 10, 2023**.

All other requirements of the approved Case Management Plan [Dkt. 16] remain in effect.[1]

SO ORDERED.

Dated:  26 SEP 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

---

[1] While the Court hereby grants Defendant's motion, the Court notes that discovery opened in this matter by no later than December 29, 2021, and Defendant's motion is devoid of any explanation why they waited more than six months, until July, 2022, to first request Plaintiff's worker's compensation file, and then did not follow up with a subpoena until August 25, 2022 (eight days prior to the close of liability discovery). [Dkt. 38 ¶¶ 3-4.] As a result, **no further enlargement of the dispositive motions deadline will be granted**.

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.