UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:21-cv-03027-RLY-MJD ) |
| THUNDERDOME RESTAURANTS, LLC, | ) ) ) ) |
| Defendant. | ) |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Ryan Bennett ("Bennett"), by counsel and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-1, respectfully moves the Court to enter partial summary judgment on his FMLA interference claim against Defendant Thunderdome Restaurants, LLC ("Thunderdome"). In support of this motion for partial summary judgment, Bennett asserts the following:

1. On November 1, 2021, Bennett filed suit against Thunderdome in the Marion Superior Court in Indianapolis, Indiana.

2. Thereafter, Thunderdome removed Bennett's state law case to this Court. 28 U.S.C. §§ 1331, 1441, and 1446.

3. In his Complaint, Bennett asserted three claims against Thunderdome: (1) a claim that Thunderdome interfered with his rights under the Family Medical Leave Act ("FMLA")(*i.e.*, his "FMLA interference claim"); (2) a claim that Thunderdome retaliated against him in violation of his rights under the FMLA (*i.e.*, his "FMLA retaliation claim"); and (3) a supplemental state law claim that Thunderdome retaliated against him in violation of his right to seek worker's

compensation benefits under Indiana law (*i.e.*, his "*Frampton* claim"). *Frampton v. Central Indiana Gas Co.*, 297 N.E.2 425, 428 (Ind. 1973).

4. There are no questions of fact that a finder of fact needs to determine as to Bennett's FLMA interference claim against Thunderdome.

5. Bennett is entitled to judgment as a matter of law on his FMLA interference claim against Thunderdome.

6. Pursuant to the Court's Local Rule 56-1, Bennett has simultaneously filed a memorandum of law in support of his motion for partial summary judgment that he incorporates herein by reference.

WHEREFORE, Plaintiff Ryan Bennett, by counsel, respectfully moves the Court for partial summary judgment on his Complaint against Defendant Thunderdome Restaurants, LLC; asks the Court to enter judgment in his favor and against Defendant on his claim for interference under the Family Medical Leave Act; asks the Court to set this matter for trial on the amount of damages owed to Plaintiff by Defendant for interfering with his rights under the FMLA; asks the Court to set trial on Plaintiff's remaining claims against Defendant; and asks for all other just and proper relief.

Respectfully submitted,

/s/ Mark R. Waterfill

Mark R. Waterfill, #10935-49
Mark R. Waterfill, Attorney at Law, P.C.
2230 Stafford Road, STE 115, PMB 379
Plainfield, IN 46168
(317) 501-6060
mark@waterfilllaw.com

## CERTIFICATE OF SERVICE

I certify that a true, exact, and authentic copy of the foregoing has been served upon all counsel of record by way of electronic service the dame day as filing.


/s/ *Mark R. Waterfill*