# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **RYAN BENNETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Case No.: 1:21-cv-03027-RLY-MJD** |
| | ) |
| | ) |
| **THUNDERDOME RESTAURANTS, LLC,** | ) |
| | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

This cause is before the Court on Plaintiff's motion for partial summary judgment. The Court has reviewed Plaintiff's motion, has considered the Parties' arguments, and finds that Plaintiff's motion should be granted.

**IT IS, THEREFORE, ORDERED:**

1.    Plaintiff's motion for partial summary judgment is granted.

2.    The Court will enter final judgment in Plaintiff's favor and against Defendant on Plaintiff's FMLA interference claim at the end of this case.

3.    The Court will set this matter for a trial on damages and for a trial on Plaintiff's other claims against Defendant in a separate Order.

Entered this _____ day of _____, 202_.


_____
Judge, United States District Court
Southern District of Indiana


Distribution to: Counsel of record