UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CAUSE NO. 1:21-cv-03027-RLY-MJD |
| THUNDERDOME RESTAURANTS, LLC, | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S APPENDIX OF MATERIALS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Southern District of Indiana Local Rule 56-1(a), defendant Thunderdome Restaurants, LLC ("Thunderdome"), by counsel, submits its Appendix of Materials in Support of its Motion for Summary Judgment.

I. **APPENDIX OF MATERIALS**

1. Thunderdome's Employee Handbook [Muchnicki Dep. Ex. 25]

2. Excerpts from Deposition of plaintiff Wesley Ryan Bennett

3. Excerpts from Deposition of Kier Muchnicki

4. Excerpts from Deposition of Ricky Tindell

5. Declaration of Kier Muchnicki

6. Excerpts from Deposition of Collin Martin

7. Declaration of Ricky Tindell

8. Text Message Communication from Siobhan Stephenson [Bennett Dep. Ex. 2; Tindell Dep. Ex. 2.]

9. October 9, 2019 Written Warning [Bennett Dep. Ex. 9]

10. October 10, 2019 Written Warning [Bennett Dep. Ex. 10]

11. October 24, 2019 Written Warning 1 [Bennett Dep. Ex. 11]

12. October 24, 2019 Written Warning 2 [Bennett Dep. Ex. 12]

13. October 24, 2019 Written Warning 3 [Bennett Dep. Ex. 13]

14. October 24, 2019 Written Warning 4 [Bennett Dep. Ex. 14]

15. October 24, 2019 Email Communication from Collin Martin [Martin Dep. Ex. 26]

16. August 23, 2019 Employee Injury Report and August 27, 2019 Worker's Compensation Claim [Bennett Dep. Ex. 4]

17. Concentra Medical Records [Bennett Dep. Ex. 3]

18. Excerpts from Deposition of David Downs

19. Bennett's Time Records [Bennett Dep. Ex. 5]

20. IU Health Medical Records [Bennett Dep. Ex. 7]

21. Methodist Medical Records [Bennett Dep. Ex. 8]

Respectfully submitted,

*Erica M. Knear*
Erica M. Knear, Atty. No. 35028-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 – telephone
(317) 713-3699 – fax
eknear@taftlaw.com

Sarah Clay Leyshock, OH Atty. No. 0081695
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838 – telephone
(513) 381-0205 – fax
sleyshock@taftlaw.com
*Admitted Pro Hac Vice*

*Counsel for Defendant*