Plaintiff's Exhibit 25

**EXHIBIT 1**



# NOW WHAT?

*At Thunderdome Restaurant Group, we are all part of the **mission**: to become a hospitality company which creates a memorable experience, value for the company, opportunities for co-workers and positively impacts our communities every single day. No one is bigger than the mission.*

Plaintiff's Exhibit 25



# TABLE OF CONTENTS

**PART ONE – TEAM MEMBER MANUAL**

I.   **ABOUT THUNDERDOME**                                          4
Now What?                                                           4
Changes to this Handbook                                            5
Mission Statement                                                   5
Vision        5
Core Values                                                         5


II.   **RULES AND REGULATIONS**                                     6
Ethical Conduct                                                     6
Respectful Workplace Principles                                     6
Sexual Harassment                                                   7
Drug and Alcohol Policy                                             8
Workplace Violence                                                  8
Confidential and Proprietary Information                            9
At Will Employment                                                  9
Equal Employment Opportunities                                     9
Personal Data                                                       9
Worker's Compensation                                              10
Progressive Disciplinary Policy                                    10
Attendance                                                         11
Tardiness and Leaving Early                                        11
Calling in Sick                                                    11
Orientation Period                                                 11
Phone Calls                                                        12
Smoking      12
Social Media                                                       12
Non-Solicitation                                                   13
Non-Fraternization                                                 13
Anti-Nepotism                                                      13
Care of Equipment                                                  14
Legal, Media or Governmental Matters                               14
Service of Alcohol to Guests                                       14
Workplace Recordings Policy                                        14

III.   **BENEFITS AND COMPENSATION**                               15
Team Member Status                                                 15
Recording Hours Worked                                             15
Schedules  15
Work Week and Overtime                                             15
Pay Day      15
Payroll Deductions                                                 16
Social Security                                                    16
Tipped Team Members                                                16



Meal Policy – Full Service                                    16
Meal Policy – Curitto & SoHi                                  17
Performance Reviews                                           17

Family and Medical Leave Act                                  17
Unpaid Leave of Absence                                       20
Insurance Benefits                                            21

IV.  **COMMUNICATION**                                        21
Open Door Policy                                              21
Team Member Meetings                                          21
Memoranda                                                     21

V.  **GUEST RELATIONS**                                       22
Exceptional Hospitality                                       22
Our ABCD's                                                    22
Recognition and Reassurance                                   22
Five A's                                                      22
Identify and Anticipate Needs                                 23
Excellence Reflex                                             23
Hospitality Quotient                                          23
Our Philosophy-Teamwork                                       23

VI.  **UNIFORMS**                                             24
Hygiene                                                       24
All Team Members                                              24
Bakersfield                                                   24
The Eagle                                                     25
Krueger's                                                     26
Currito 26
SoHi    27

VII.  **SAFETY AND SANITATION**                               27
Cameras                                                       28
Safety First                                                  28
Searches                                                      28
Security                                                      28
Sanitation                                                    28

VIII.  **IF YOU DECIDE TO LEAVE US**                          30
Resignation                                                   30
Termination                                                   30
Job References                                                30

**ACKNOWLEDGMENT FORMS** .................................................................................................
Handbook Acknowledgment                                       31
Expectations Acknowledgment                                   32

Thunderdome000156



## I.  ABOUT THUNDERDOME

While Thunderdome Restaurant Group was officially founded in 2012, it's roots go much deeper. Joe, John, and Alex, the founders of Thunderdome, have spent their whole lives working within the restaurant business. In 2005, Joe and John Lanni set out to do something on their own after working for restaurant groups in Boston and Chicago. Currito was born out of this endeavor, and successfully grew to 12 locations by 2011. At that time, the brothers re-connected with Alex, who had previously worked with the Lanni's 10 years prior. The idea of the three doing a restaurant together came together. After months of planning and scouting locations, they decided Over-the-Rhine in Cincinnati had promise. From there, Bakersfield was opened, and with it's success, a second location quickly followed. With numerous Currito locations, and the addition of the Bakersfield concept, Thunderdome Restaurant Group was born. Currently Thunderdome has eight concepts, with around 40 locations nationwide, and growing.



       

## Now What?

To be successful in our Thunderdome restaurants, it is important that you read this packet completely. This will be the outline of your entire job and will cover our general rules and standards. You may consult any member of management regarding any questions you may have about such policies or procedures.

As a Thunderdome team member you play a key role in helping us achieve our mission. **You**  will have the most one on one contact with our guests. Their experience will be **defined** by your **knowledge** and the **care** you take with each guest. Thunderdome only invests in people that invest in themselves. It will be your individual mission to learn and study all the information provided to you. Your individual training manual will consist of a role specific steps to success packet, and supplemented with tests and worksheets to refine your training.

Welcome to the Thunderdome, and good luck with your training!

Plaintiff's Exhibit 25



## CHANGES TO THIS HANDBOOK

The information in this handbook, policies and benefits described are subject to change, revisions to the Handbook may occur. All such changes will be communicated through official notices, and revised information may supersede, modify or eliminate existing policies.

This Handbook is neither a contract of employment nor a legal document. After receiving the Handbook, it is your responsibility to read and comply with the policies contained in this Handbook and any revisions made to it. You are required to insert and replace any revised or new policies, rules or regulations as implemented by Company and to comply with them as they are implemented.

This Handbook and the policies contained within it are intended to supersede any prior policies, procedures or rules communicated and enforced by Company.

## MISSION STATEMENT – (PURPOSE)

At Thunderdome Restaurant Group, we are all part of the **mission**: to become a hospitality company which creates a memorable experience, value for the company, opportunities for co-workers and positively impacts our communities every single day. No one is bigger than the mission.

## VISION (WHERE WE ARE GOING)

Thunderdome Restaurant Group was created with a **vision**: To become *the leading restaurant group* in the country—one that is synonymous with *defining the standards, being exceptionally hospitable, providing tremendous opportunity, and adding value*

## CORE VALUES

### MAKE A MEMORY

We *make memorable guest experiences* each and every day, and *make memorable team member experiences* throughout his/her employment. It is our core purpose for the business. Seek to understand and discover the positive connection with each other and our guests, and make it memorable. This breeds passionate and loyal guests and teams.

### DEFINE THE STANDARD OF EXCELLENCE

We define the industry standards of excellence in the actions we take, and the decisions we make as a company. As decisions are being made day to day, ask yourself, *"does this define the standard of excellence?"* Food we decide to serve, service standards we set, management actions we take, design decisions we make—they all must define the standard.

We define the standard of excellence in **Quality, Ready, Clean and Consistency**, and our performance is measured on these standards.

Thunderdome000158

Plaintiff's Exhibit 25



**KEEP IT REAL**

We encourage you to _be yourself_—to be unique, pursue your goals and dreams. You do you. We serve _real food_, and we're transparent about its source. We show our managers our financials—_real results_— so they can be better stewards of their business.

Thunderdome000159

Plaintiff's Exhibit 25



### ADD VALUE

Our restaurants and our people add value to *1. The community, 2. each other, and 3. to our guests*. This is a *win, win, win*. We make decisions based on this core value. Our restaurants have an <u>*Exceedingly*</u> <u>*High perception of value*</u>. We believe delicious food at a fair price in an elevated environment = EXCEPTIONAL VALUE. **When you deliver value in the food and with great hospitality, and then couple it with a tremendous atmosphere, EXCEPTIONAL value in the EXPERIENCE is created, leading to repeat visits and a better business.** As <u>*team members*</u> we <u>*add value*</u> by being team players, by being free thinkers, be coming up with new ideas, by **being entrepreneurial in spirit**, and by being easy to work with. Our <u>*businesses add value*</u> because we give back to the community. As managers, get involved with the local communities. Create solutions that are a <u>**win for the company, a win for the guest, and a win for the community.**</u>

### HAVE FUN

### *"THROW THE PARTY"*

Throwing the party takes effort, each day we make work fun with positivity and enthusiasm toward hospitality.

## II.  RULES AND REGULATIONS

### ETHICAL CONDUCT

It is the policy of Thunderdome that all of its members and team members will conduct the Company's business in an ethical manner and in conformance with applicable legal requirements. All business and service shall be conducted ethically and in accordance with all federal, state and local laws, regulations and permits. It is the duty, therefore, of each team member to foster a standard of conduct that avoids circumstances which would compromise the Team member's integrity, or discredit the Company's reputation. The Company will neither condone nor tolerate conduct by a team member that violates this policy. Appropriate disciplinary action, including possible dismissal, will be taken when team member or manager conduct is unethical or intentionally in violation of applicable policies, laws or regulations.

The Company expects team members to avoid conflicts of interest by not allowing outside obligations, financial interests or other activities to interfere with their obligations and commitments to their work. A conflict of interest occurs when our personal interest interferes – or appear to interfere – with your ability to make sound business decisions. There are some common relationships or circumstances that can create, or give the appearance of, a conflict of interest. These situations generally involve gifts and business or financial dealings or investments. Gifts, favors, tickets, entertainment, and other such inducements may be attempts to "purchase" favorable treatment. Accepting such inducements could raise doubts about a team member's ability to make independent business judgments and the Company's commitment to treating people fairly. In addition, a conflict of interest exists when team members have a financial or ownership interest in a business or financial venture that may be at variance with the interests of Thunderdome. Likewise, when a team member engages in business transactions that benefit family members, it may give an appearance of impropriety.

Team members have the responsibility to report to their General Manager or other appropriate manager, any personal, family or business relationships that may conflict with their duties.

### RESPECTFUL WORKPLACE PRINCIPLES

Thunderdome believes that discrimination and/or harassment in any form constitutes misconduct that undermines the integrity of the employment relationship. Therefore, Company prohibits discrimination and/or harassment that is sexual, racial or religious in nature or is related to anyone's race, color, religion, sex,

Thunderdome000160

Plaintiff's Exhibit 25



pregnancy, ancestry, national origin, age, disability, sexual orientation, marital status, genetic information, veteran status, or any other applicable statutorily protected group status. This policy applies to all team members throughout the Company and all individuals who may have contact with any team member of Thunderdome.

Thunderdome000161

Plaintiff's Exhibit 25



Thunderdome expects that everyone will act responsibly to establish a pleasant and friendly work environment. However, if you feel you have been subjected to any form of harassment and/or discrimination, you should firmly and clearly tell the person engaging in the harassing and/or discriminating conduct that it is unwelcome, offensive and should stop at once. You should also report any discrimination and/or harassment to your immediate supervisor, or any other member of management. The Company will take the necessary steps to initiate an investigation of the discrimination and/or harassment claim.

Thunderdome will conduct an investigation. A timely resolution of each complaint will be reached and communicated to the team member and the other parties involved. Appropriate disciplinary action, up to and including termination of employment, will be taken promptly against any team member engaging in discrimination and/or harassment. Retaliation against any team member for filing a complaint or participating in an investigation is strictly prohibited. However, any team member that knowingly makes a false claim of harassment and/or discrimination will be subject to disciplinary action up to and including termination.

If you feel that a complaint has not been or cannot be properly handled, you should forward the complaint to any member of Thunderdome management.

### SEXUAL HARASSMENT

It is our firm policy to prohibit sexual harassment of any team member by another team member or a supervisor or third parties. The purpose of this policy is not to regulate the morality of team members. Rather, it is to assure that in the workplace, no team member is subject to sexual harassment and every person is treated respectfully. While it is not easy to define precisely what sexual harassment is, it legally includes unwelcome sexual advances, or requests for sexual favors where either (1) submission to such conduct is an explicit or implicit condition of employment;; (2) submission to or rejection of such conduct is used as the basis for making employment decisions;; or (3) such conduct has the purpose or effect of unreasonably interfering with a team member's job performance or creating an intimidating, hostile or offensive working environment.

Sexual harassment of a team member will not be tolerated. Violations of this policy may result in disciplinary action, up to and including discharge. There will be no adverse action taken against team members based upon their good faith reporting violations of this policy or participating in the investigation of such violations.

Unlawful sexual harassment may take many forms including:

- Verbal conduct such as epithets, derogatory comments, slurs, or unwanted sexual advances, invitations or comments,
- Visual conduct, such as derogatory posters, cartoons, drawings or gestures,
- Physical conduct, such as assault, blocking normal movement or interference with work directed at a team member because of the team member's sex, or perceived sexual orientation,
- Threats and demands to submit to sexual requests in order to keep one's job or avoid some other loss, and offers of job benefits in return for sexual favors,
- Retaliation for having reported unlawful harassment.

Any team member who feels that (s) he is a victim of sexual harassment should **immediately** report such actions in accordance with the following procedure. It is the responsibility of all team members and

Thunderdome000162



supervisors to **immediately** report any violation of this policy or suspected violation of this policy as set forth below regardless of whether they are the target of the harassing conduct. All complaints will be promptly and thoroughly investigated.

Any team member who believes that s/he is a victim of sexual harassment should immediately tell the individual who is believed to be disrespectful to STOP THE BEHAVIOR. The individual should then  report the act immediately to his/her manager (even if you think it has been resolved). If you prefer not to discuss the matter with your immediate manager, you may speak directly to any other member of management

Our Company will investigate every reported incident as soon as possible and remedial action may take place immediately. Any team member, supervisor or agent of the Company who has been found to have sexually harassed another team member or who is found to have knowledge of such actions by another and who failed to report such actions to Company Management, may be subject to appropriate disciplinary action, up to and including immediate discharge.

Our Company will conduct all investigations as discreetly as possible. The Company recognizes that every investigation requires a determination based on all the facts in the matter. We also recognize the serious impact a false accusation can have. We trust that all team members will continue to act responsibly and respectfully. At the conclusion of an informal or formal investigation, individuals will be spoken with. The complaining party will be made aware of the results of the investigation.

The reporting team member and any team member participating in any investigation under this policy have the Company's assurance that no reprisals will be taken as a result of a sexual harassment complaint. Rather, it is our policy to encourage discussion of the matter so as to help individuals to learn and become more aware of appropriate and inappropriate behavior. Because charges of sexual harassment are very serious matters, we trust all team members will act responsibly in utilizing this policy.

## DRUG AND ALCOHOL POLICY

We believe all team members should be able to work in a drug free environment. A team member who comes to work with his abilities impaired by drugs or alcohol not only risks injury to himself, but also to those around him.

The use, possession, transportation, promotion or sale of illegal drugs by team members at any time is absolutely prohibited.

The consumption of alcohol by team members while on the clock, or prior to their shift is prohibited.  Team members may not report for work or be at work under the influence of drugs or alcohol. Management reserves the right to take employee for drug and alcohol test at any time there is suspicion of intoxication while working, or reporting to work.

*Violation of the drug and alcohol policy is cause for immediate termination of employment. If you are hurt at work you will be drug tested. If you fail, you will lose your Job. Recreational Drug Use is not permitted anywhere on Thunderdome properties.*

## WORKPLACE VIOLENCE

Thunderdome restaurants provide a comfortable and safe workplace. Our focus is also on providing a welcoming, enjoyable place for our guests. We do not allow our team members to carry weapons in the workplace. This policy is enforced in accordance with all applicable federal, state, and local laws.

Plaintiff's Exhibit 25



Threats, threatening behavior, or acts of violence against team members, visitors, customers or other individuals by anyone on Company property will not be tolerated. All Company personnel are responsible for notifying management of any threats they may have witnessed, received or have been told that another person has witnessed or received. Even without an actual threat, personnel should also report any behavior they have witnessed which they regard as threatening or violent when that behavior is job related or might be carried out on a Company-controlled site, or is connected to Company employment. Such reports will be promptly investigated by the Company.

## CONFIDENTIAL AND PROPRIETARY INFORMATION

As a team member of Company, you will receive and have access to information that is confidential in nature to the Company, its recipes, customers, and vendors. You are not to disclose any such confidential information to any other person in the company unless there is a legitimate business reason for doing so;; or any person outside the Company unless management has expressly stated that the information can be disclosed to that person. This obligation exists after you leave the Company.

The Company has developed certain proprietary products and processes that are unique to the Company. Keeping such information from competitors plays an important part in our success. The Company protects proprietary information by restricting team members and visitor's access to certain designated areas and access to documents to only those who have business reasons to view them.

## AT WILL EMPLOYMENT

Employment with Company is on an at-will basis. The employer-team member relationship may be terminated by either our Company or by you at any time, with or without notice, and with or without cause, for any reason not prohibited by law. No statement in this Handbook should be construed to grant any team member an employment contract of fixed duration, nor should this Handbook be interpreted as making an implied or express contract of employment that is for a fixed duration or other than "at-will."

Likewise, no oral or written representation by any team member, member, supervisor, or manager of Thunderdome shall be construed as a contract of employment for any specified period of time. Unless a written contract of employment is signed by a team member and the President, employment with our Company is terminable at will.

## EQUAL EMPLOYMENT OPPORTUNITIES

It has been and will continue to be the policy of Company to be an equal opportunity employer. The objective of Company is to provide equal employment opportunities to all qualified persons, consistent with applicable federal, state, and municipal equal employment opportunity laws prohibiting discrimination based on race, color, religion, sex, pregnancy, ancestry, national origin, age, disability, sexual orientation, marital status, genetic information, veteran status, or any other applicable statutorily protected group status.

This policy extends to all phases of the employment relationship including recruiting, hiring, compensation, benefits, transfers, promotions, terminations, demotions, layoffs, recalls, training and education.

## PERSONAL DATA

We need to maintain up-to-date information about you so we would be able to aid you and/or your family in matters of personal emergency. Changes in name, address, telephone number, marital status, number

Plaintiff's Exhibit 25



of dependents or changes in next of kin and/or beneficiaries should be given to the manager promptly. You are responsible to communicate changes to Thunderdome.

## WORKERS' COMPENSATION

On-the-job injuries are covered by our Workers' Compensation Insurance Policy. If you are injured on the job, no matter how slightly, report the incident immediately to your supervisor. We ask for your assistance in alerting management as soon as possible to any condition which could lead or contribute to a team member accident. It is everyone's responsibility to maintain a safe working environment and to always follow proper safety policies and procedures.

## THUNDERDOME PROGRESSIVE DISCIPLINARY POLICY

We hope that all our team members exercise self-discipline so that it will be unnecessary for Management to undertake corrective action. However, objectionable or unsatisfactory conduct will not be permitted and will result in disciplinary action including, but not limited to, any of the following depending on the severity of the infraction.

- An oral warning
- A written warning
- Probation
- Termination of employment

Certain policy infractions may warrant immediate termination. Immediate terminable offenses include but are not limited to theft, falsification of records, harassment, workplace violence and violation of drug and alcohol policy. Examples of repeated infractions of a less serious nature may result in progressively more serious disciplinary actions, up to and including termination of employment. At all times Management reserves the right to take the disciplinary action it believes is appropriate under the circumstances involved. Thunderdome expects the following behavior:

- Always follow safety and sanitation standards.
- Always act in the guest's best interest.
- Display professional conduct at all times
- Maintain the highest standards of excellence
- Treat team members with dignity and respect
- Display interest, enthusiasm and intensity
- Adhere to food service and time standards
- Be proficient and efficient with every function performed
- Thoroughly understand all recipes and specs
- Demonstrate a strong sense of urgency
- Exhibit a can do attitude
- Ask questions if you do not understand a policy or procedure
- Be on time
- Give help when needed
- Take initiative. Do not wait to be told what to do
- Communicate a spirit of success and cooperation
- Identify problems and provide solutions
- Use sound reasoning and common sense
- Always accept personal accountability for your actions
- Do the very best you can.

Thunderdome000165



Your performance will be evaluated based on these expectations. If you have any questions, please talk to your General Manager.

## ATTENDANCE

In order to accomplish all the tasks that the operation requires, everyone must work together as a team. When a member of the team is absent, the other members of the team must work harder than usual, often effecting guest service.

If you need to be off one of your regularly scheduled shifts, you need to find a replacement of equal caliber for your shift. Management must approve the schedule change prior to the shift.

Excessive absenteeism is grounds for disciplinary action, including termination of employment. If you are absent for three or more consecutive shifts without notifying management, Thunderdome will consider you to have voluntarily resigned from your job and will terminate your employment.

## TARDINESS AND LEAVING EARLY

Management will not tolerate tardiness. Each team member must be at work and in uniform at the start of his or her scheduled shift. If tardiness is unavoidable the team member should CALL (not text) and notify a manager.

Excessive tardiness is grounds for disciplinary action, including termination of employment.

You shall not leave Company premises during your shift without permission of management. Leaving early without permission may result in disciplinary action, up to and including the termination of employment.

## CALLING IN SICK

If you are sick and cannot find a replacement, you must call in to work **two hours** before a scheduled shift. (If you can let us know the day before your scheduled shift it would be very helpful.) You **must** speak to a manager when calling in sick. If you miss two consecutive shifts, a doctor's note may be required.

Excessive absenteeism is grounds for disciplinary action including termination.

## ORIENTATION PERIOD

The first (3) months of employment are designated as an orientation period. This is a time of training, supervision and counseling to help team members adjust to their new responsibilities. This period also gives the team member the opportunity to decide if the job suits him/her and gives Management the opportunity to decide if the team member is the right person for the job. If Management determines that additional adjustment time may be needed, an orientation period may be extended. Any extensions must be documented, signed by the team member and approved by management. This orientation period does not alter the at-will status of the team member's employment.

Plaintiff's Exhibit 25



## Phone Calls

Our telephone is for business use, to answer guest's questions, receive carryout orders, etc. It cannot be tied up by personal calls. We will deliver a message to you but please discourage calls at work unless absolutely necessary. It is our policy to never give out team member or management phone numbers. Please see your specific manual for guidelines on answering the business phone at your location. **NO CELL PHONE VISIBLE TO GUEST AT ANYTIME.**

## Smoking

Smoking is prohibited inside the restaurant. If you would like to take a cigarette break, you must first have the permission of your supervisor or manager. The designated smoking area is in the back parking lot. Please remember you are visible to the general public. Be discreet. Properly dispose your butts.

When your station is "live" your guests are your first priority;; this is not the time for a cigarette break. Smoking is not permitted between 11:00 A.M. and 2:30 P.M. OR between 5:00 P.M. and 10:00 P.M.

## Social Media

These guidelines apply to Thunderdome team members who create or contribute to blogs, wikis, social networks, virtual worlds, or any other kind of social media. Whether you log into Twitter, Yelp, Wikipedia, or Facebook pages, or comment on online media stories—these guidelines are for you. Nothing in this section is intended to be interpreted or applied so as to interfere with or infringe on a team member's rights.

While all Company team members are welcome to participate in social media, we expect everyone who participates in online commentary to understand and to follow these simple, but important guidelines. These rules might sound strict and contain a bit of legal-sounding jargon, but please keep in mind that our overall goal is simple: to participate online in a relevant way that protects our reputation and, of course, follows the letter and spirit of the law. Failure to follow these guidelines may result in disciplinary action, up to and including termination.

- If you are writing about the Company, or a competitor, use your real name, identify that you work for our Company, and be clear about your role. If you have a vested interest in what you are discussing, be the first to say so.
- Do not make negative comments about our customers in any social media.
- Never represent yourself, the Company, or one of our restaurants in a false way. All statements must be true and not misleading;; all claims must be substantiated.
- Post meaningful comments—in other words, please, no spam and no remarks that are off-topic or offensive.
- Do not use social media to discuss any crisis situations occurring at Thunderdome. Even anonymous comments may be traced back to your or the Company's IP addresses. Refer all social medial activity around crisis topics to your Corporate Representative.
- Be smart about protecting yourself, your privacy, and Thunderdome's confidential information. What you publish is widely accessible and will

Plaintiff's Exhibit 25



be around for a long time, so consider the content carefully. Google has a long memory.

- No use of cameras (including cameras on cell phone devices) are allowed in the store or the parking lot without prior approval from the corporate office.

## NON-SOLICITATION

Providing the most ideal work environment possible is very important to Thunderdome. We hope you feel very comfortable and at east when you are at work. Therefore, to protect you and our customers from unnecessary interruptions and annoyances, it is our policy to prohibit the distribution of literature in work area and to prohibit solicitation and distribution of literature during team members' working time. "Working time" is the time a team member is engaged or should be engaged in performing his/her work tasks. These guidelines also apply to solicitation by electronic means.

Trespassing, soliciting or distribution of literature by non-team members on Thunderdome premises is prohibited at all times. Nothing in this policy is intended to prohibit team members from discussing terms and conditions of employment.

## NON-FRATERNIZATION

While it is not the intent of Thunderdome to become involved in the personal lives of its team members, we must all recognize there are certain situations which may make it difficult to operate a business on a purely objective basis. The following policies will apply to all team members (any exceptions of this rule must be approved by management):

- Management personnel are not permitted to date team members who are under their direct supervision.
- Management personnel are not permitted to live with team members who are under their direct supervision.
- Team members of the Company are not permitted to date managers who are their direct supervisors or managers.
- Team members who are related may not work on a permanent basis in the same restaurant where one is a direct supervisor of the other.

Additionally, it is good management practice not to become personally involved with any team member as to create personal situations, on or off duty, leading to perceptions of favoritism or any other problems which make it difficult to promote harmonious operations.

Violations of this policy by management or hourly team members can result in disciplinary action, up to and including termination.

## ANTI-NEPOTISM

In order to safeguard the Company's assets and to avoid the appearance of impropriety, no relatives may work together in a direct or indirect reporting relationship. "Relative" shall include, among others, spouse, parent, child, sibling, stepchild, aunt, uncle, niece, nephew and in-law. If the relationship is created after the start of employment, then the parties involved must make the determination as to which will apply for transfer to a different position or terminate employment. In the event that a transfer is requested, the Company will make reasonable efforts to accommodate a transfer to a vacant position. Any exceptions to this policy must be approved by management.

Plaintiff's Exhibit 25



### CARE OF EQUIPMENT

You are expected to use proper care when using the Company's property and equipment. No property may be removed from the premises without the proper authorization of management. If you lose, break or damage any property, report it to your General Manager at once.

### LEGAL, MEDIA, OR GOVERNMENTAL MATTERS

Events may occur at our restaurants that will draw attention from the news media. It is imperative that one person speaks for the Company to deliver an appropriate message and to avoid giving misinformation in any media inquiry. Any questions pertaining to legal matters should be directed to our corporate office. Legal matters include but are not limited to food borne illness, accidents team member or guest, and loss, stolen or damaged property. Do not give any information or comment on any question without first consulting corporate. Do not accept certified letters and/or other legal documents on behalf of the Company.

### SERVICE OF ALCOHOL TO GUESTS

In accordance with Law, it is the policy of Thunderdome Restaurants to not serve beer or intoxicating liquor to:

- Persons under twenty-one years of age
- Intoxicated persons
- Persons who are known to habitually drink intoxicating liquor to excess
- Persons to whom a state agency, dept., or commission has prohibited the sale of intoxicating liquor.

***Violation of this policy by any team member may result in disciplinary action. We do not allow parents to purchase alcohol for their children. If this issue arises please see the MOD.***

### WORKPLACE RECORDINGS POLICY

Thunderdome does not consent to its team members recording conversations, phone calls, images or company meetings with any recording device (including but not limited to a cellular telephone, PDA, digital recording device, digital camera, etc.) during working hours, while in work areas, and/or while conducting workplace business. Exceptions to this policy may exist when prior approval is received from Management, the recording is governed by state or federal law, or all parties to the conversation give prior written consent. This policy is not intended to infringe on any employee's rights under Section 7 of the NLRA. Violation of this policy may result in immediate disciplinary action, up to and including termination of employment.



## III.   BENEFITS AND COMPENSATION

### TEAM MEMBER STATUS

As required by the federal Fair Labor Standards Act (FLSA), all team members are classified as exempt or non-exempt, and are paid either on a salary or hourly basis.   Non-exempt hourly team members are paid on an hourly basis and receive overtime pay calculated at one and one-half times the normal hourly rate for all hours worked over 40 worked in a single work week. Accurate records of the hours worked by hourly team members are required by governmental regulations and are used to calculate paychecks.

### RECORDING HOURS WORKED

All hourly team members are required to accurately report the actual number of hours worked on a daily basis. Thunderdome prohibits hourly team members from performing work for the benefit of the Company before or after your reported start/end times.

Hourly team members are asked to leave the job site as soon as they record/report their quitting time unless asked to stay by the manager.

Falsification or omission of any information on the time sheet or time card violates this policy and may result in disciplinary measures up to and including termination of employment.

### SCHEDULES

You are responsible to check your schedule weekly. If you need a shift covered, it is your responsibility to do so with approval by management. Requested days off are to be discussed with management in advance. The schedule work week is Wednesday through Tuesday.

### WORK WEEK AND OVERTIME

Starting and stopping times for hourly team members vary by job assignment. Our work week may include days, nights, weekends and holidays. Thunderdome may, in its discretion, assign overtime and duties according to need. We may also change starting and stopping times and alter the size of the workforce based on management's discretion.

When business conditions require, you may be needed to work overtime. When this occurs, your manager will make every effort to provide timely advance notice. Such a need for overtime, when called for, is considered mandatory and you are expected to fulfill overtime as required. All hours worked in excess of 40 hours in a standard workweek will be paid at time and half your regular rate of pay. Your supervisor must approve all overtime prior to you working the overtime. Exempt team members are not eligible to be paid overtime.

### PAYDAY

Payday is every other Tuesday. Direct deposit is required. Pay stubs are available to you through your individual Paycor account. If you feel there is a paycheck error, see your manager for verification. Authority to correct errors must come from the manager and will be adjusted the following week.

Thunderdome000170

Plaintiff's Exhibit 25



## PAYROLL DEDUCTIONS

The Company is required by federal and state law to make payroll deductions. These deductions are carried under a "pay as you go" plan on the basis of the number of dependents you declared on the appropriate tax forms. Deductions may include: Social Security (FICA), federal withholding, state withholding, deductions required by and official order of the court or team member authorized deduction(s). If you believe a deduction is in error, please contact your General Manager.

## SOCIAL SECURITY

Social Security is more than a paycheck deduction. It offers financial security for you and your dependents. Although this is a federally established program, it is your contributions, and ours, that pay for this benefit.

Both you and our Company contribute to provide you with monthly checks and medical coverage once you reach retirement age. These funds are then forwarded to the federal government to support the Social Security Program.

## TIPPED TEAM MEMBERS

Thunderdome and federal law require tipped team members to declare 100% of their tips. Thunderdome requires all team members who receive tips to report all tips received, including cash and non-cash, on a regular basis. Team members must keep accurate daily records of all tips received. Violations of this policy will result in disciplinary action, up to and including the termination of employment.

## MEAL POLICY – FULL SERVICE RESTAURANTS

As a benefit to our team members we have adopted a team member meal program. This program is a benefit to be used by a team member for their personal use only and only within their home location.

> FOH: All Front of the House staff are entitled to 50% off his or her meals <u>during that shift, or when dining in the restaurant</u>. This discount is for the team member's food only, and not available for carry out, others' meals, or alcohol. All items must be rung up and discounted by a manager.

> BOH: All Back of the House staff are entitled to ONE fully comped meal during their shift. Although there are not set meals, we ask that you track what is eaten by the team members on a shift meal sheet. <u>If there is a "family meal" prepared during a shift, it will be considered your shift meal if you choose to eat that meal.</u> If a BOH team member is dining in the restaurant, a 50% discount on food is allowed, but does not including carry out, alcohol or guest meals.

- NO ALCOHOL DISCOUNTS AT ANY TIME.
- NO CARRYOUT DISCOUNT.
- TEAM MEMBERS ARE NOT PERMITTED TO TAKE ANY FOOD HOME. THIS INCLUDES WASTE OR FOOD WE ARE THROWING AWAY.
- WHEN DINING IN THE RESTAURANT, YOU MUST BE A GUEST.
- DO NOT GO IN KITCHEN OR BACK OF HOUSE WHEN NOT ON THE CLOCK.

Thunderdome000171

Plaintiff's Exhibit 25



- DRINKING IN THE RESTAURANT IS A PRIVILEGE THAT CAN BE REVOKED.

IF YOU ARE DRINKING IN THE RESTAURANT YOU MUST BE OFF THE CLOCK AND OUT OF UNIFORM (TURNING YOUR T-SHIRT INSIDE OUT DOESN'T COUNT).

## MEAL POLICY – CURRITO AND SOHI

Any employee that works a four hour shift or longer is entitled to a complimentary meal. Off duty employees are entitled to 30% off their purchase. Any employee purchasing anything that is not included as the complimentary meal can purchase at 30% off. A complimentary meal may contain any **one** of the following:

- Regular size burrito
- 7" sandwich or burger and small fry (SoHi)
- Salad OR 12" sandwich (SoHi)
- Bowl
- Regular size smoothie
- Small burrito with chips and salsa

The complimentary meal cannot contain extra meat or guacamole. The employee meals must be rung in at 100% employee meal and the employee must sign the receipt. All employee meals must be made by another employee or manager, the employee receiving the meal must be on the guest side of the line.

## PERFORMANCE REVIEWS

Everyone likes to be recognized for a job well done and we try to recognize performance on a daily basis. As a valuable member of the Thunderdome team, you are strongly encouraged to discuss job performance and goals on an informal, day-to-day basis with your manager. During a formal review, management will discuss job tasks, identify and correct any areas of improvement, encourage and recognize strengths, and discuss positive, purposeful approaches for meeting goals. All original Performance Review Forms are maintained in your personnel file.

Thunderdome intends to review each newly hired team member every thirty days after the initial date of hire for the first 90 days. All veteran team members should expect a yearly evaluation. Evaluation criteria can be found in your job specific manual. Please note these are performance evaluations. Performance evaluations are not tied to compensation, and do not necessarily lead to wage increase.

## FAMILY AND MEDICAL LEAVE ACT

A **family and/or medical leave of absence** is an unpaid leave of absence available for eligible team members for up to 12 weeks during a 12-month period for the following reasons: the birth of the team member's child and to care for the newborn child;; the placement of a child with the team member for adoption or foster care;; when the team member is needed to care for a child, spouse, or parent who has a serious health condition (as defined by the FMLA);; when the team member is unable to perform the functions of his or her position because of a serious health condition (as defined by the FMLA);; or for Military Family Leave (see Section V below). The Company has posted a notice regarding team members' rights and responsibilities under the FMLA, which is incorporated herein by reference.



A **"serious health condition"** is an illness, injury, impairment, or physical or mental condition that involves inpatient care in a hospital, hospice, or residential medical care facility;; or continuing treatment (as defined by the FMLA) by a health care provider.

"Continuing treatment by a health care provider" includes any one or more of the following: (a) an absence of more than three full, consecutive calendar days that also involves treatment by a health care provider two (2) or more times in-person within 30 days of the onset of incapacity, or in-person treatment by a health care provider on one (1) occasion that results in a regimen of continuing treatment, in both cases where the first in-person health care provider visit occurs within the first seven (7) days of incapacity;; (b) any period of incapacity due to pregnancy or prenatal care;; or (c) any period of incapacity due to (i) a chronic serious health condition, (ii) a condition that is permanent or long-term, or (iii) a condition that requires multiple treatments. A team member with a chronic serious health condition must visit a health care provider in-person at least twice per year.

<u>Eligibility</u>

To be eligible for leave, a team member must have been employed for at least 12 months in total within the previous seven (7) years;; must have worked at least 1,250 hours during the twelve-month period immediately preceding the commencement of the leave;; and must be employed at a worksite where 50 or more team members are employed within 75 miles of that worksite.

For purposes of determining a team member's eligibility for leave, a rolling 12-month period, measured backward from the date a team member uses any FMLA leave, will be used. That is, each time a team member takes FMLA leave, the remaining leave entitlement would be any balance of the 12 weeks which has not been used during the immediately preceding 12 months. The right to take a leave for the birth or place of a child expires 12 months after the birth or placement of the child.

<u>Notification and Reporting Requirements</u>

When the need for leave is foreseeable, such as the birth or adoption of a child, or planned medical treatment, the team member must provide reasonable prior notice (normally 30 days' advance notice) and, for medical treatment, must make reasonable efforts to schedule leave so as not to disrupt the Company's operations. If the need for leave is not foreseeable at least 30 days in advance, or is unforeseeable, the team member must notify the Company as soon as practicable upon learning of the need for leave. Team members must follow the Company's normal call-in and other procedures when requesting leave. If appropriate notice has not been given, leave may be denied until such notice is provided.

In case of illness, the team member will also be required to report periodically on his or her leave status and intention to return to work. Such notification must normally be provided every 30 days unless the medical certification indicates that the minimum duration is more than 30 days. The Company requires subsequent recertification of a medical condition upon the expiration of the certification. If the medical certification covers an on-going or chronic condition, the Company will require recertification every 6 months. Failure to comply with certification requirements will result in denial of family or medical leave. Team members returning to work from their own serious health condition will be required to provide a doctor's certification releasing them to work.

<u>Basic Regulations and Conditions of Leave</u>

The Company will require medical certification to support a claim for leave for a team member's own serious health condition or to care for a child, spouse or parent with a serious health condition. For the team member's own medical leave, the certification must include a statement that the team member is

Plaintiff's Exhibit 25



Thunderdome000174



unable to perform 1 or more of the essential functions of his or her position. For leave to care for a seriously ill child, spouse or parent, the certification must include an estimate of the amount of time the team member is needed to provide care. In its discretion, the Company may require a second medical opinion and periodic recertification at its own expense. If the first and second opinions differ, the Company, at its own expense, may require the binding opinion of a third health care provider, approved jointly by the Company and the team member.

If medically necessary for a serious health condition of the team member or the team member's spouse, child or parent, leave may be taken on an intermittent or reduced leave schedule. If leave is requested on this basis, however, the Company may require the team member to transfer temporarily to an alternative position which better accommodates recurring periods of absence or a part-time schedule, provided that the position has equivalent pay and benefits. A team member needing intermittent FMLA leave or leave on a reduced schedule basis must make a reasonable effort to schedule his or her leave so as not to disrupt the employer's operations. A team member requesting unforeseeable intermittent FMLA must also follow the Company's normal call-in procedures.

If a team member fails to provide the required medical certification or submits a medical certification that is incomplete or insufficient, the Company will advise the team member in writing as to what additional information is needed and give the team member seven (7) calendar days to complete and return the form. The Company reserves the right to allow an administrative team member who is not the team member's supervisor to contact the team member's health care provider to obtain authentication and/or clarification if the team member fails to provide adequate information on the medical certificate. The Company may delay or deny leave due to the team member's failure to provide adequate information.

The Company reserves the right to require the team member giving notice of the need for leave to care for a seriously ill child, spouse or parent to provide reasonable documentation or statement of the family relationship. The Company will not use this request in a manner that interferes with a team member's exercise or attempt to exercise his or her FMLA rights.

Spouses who are both employed by the Company are entitled to a total of 12 weeks of leave (rather than 12 weeks each) for the birth or adoption of a child, or care of a parent with a serious health condition.

Team members requesting a leave pursuant to this policy will be required to use any paid time off (including vacation) for which they are eligible. The team member must follow the Company's paid leave policies in order to use paid leave.

If a team member fails to return to work on the agreed-upon return date, and has not notified the Company, the Company will assume that the team member has resigned.

<u>Military Family Leave</u>

The FMLA entitles eligible team members to "Qualifying Exigency" leave (as defined by the FMLA). Eligible team members with a spouse, child, parent who is a member of the Armed Forces, including a member of the National Guard or Reserves, and is on covered active duty status or has been notified of an impending call or order to covered active duty, may use their 12-week leave entitlement to address certain qualifying exigencies.

A "Qualifying Exigency" may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings and additional activities.



The FMLA also entitles eligible team members to Military Caregiver Leave. The FMLA includes a special leave entitlement that permits eligible team members to take up to 26 weeks of leave during a single 12- month period to care for an ill or injured covered service member who is the eligible team member's spouse, son, daughter, parent or "next of kin" (as defined by the FMLA).   This leave is per-service member and per-injury.  A covered service member is a current member or covered veteran of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred or aggravated in the line of duty on active duty that may render the service member medically unfit to perform his or her duties for which the service member is undergoing medical treatment, recuperation, or therapy;; or is in outpatient status;; or is on the temporary disability retired list.   The maximum amount of FMLA any eligible team member may take in a 12-month period is 26 weeks.

The Company may require the team member to submit a certification providing sufficient facts to support the request for leave, including certification by the service member's health care provider and written documentation confirming that the covered service member's injury or illness was incurred in the line of duty on active duty and that the covered service member is undergoing treatment for such injury or illness by a health care provider.

<u>Status of Team Member Benefits During Leave of Absence</u>

Medical benefit coverage will be maintained for a team member who is granted an approved leave of absence under this policy. Team members who wish to maintain such coverage during the leave must continue to make the contributions which they normally make for such coverage during leave. Team members are encouraged to pre-pay such amounts but payments are otherwise due on a biweekly basis. Failure to make the required payment may result in the termination of coverage.

In the event that a team member elects not to return to work upon completion of an approved unpaid leave of absence, the Company may recover from the team member the cost of any payments made to maintain the team member's medical benefit coverage during the leave, unless the failure to return to work was due to the continuation, recurrence, or onset of a serious health condition or for other reasons beyond the team member's control.

<u>Procedures</u>

A Request for Family/Medical Leave of Absence Form must be submitted to management by the team member. This form should be completed in detail, signed by the team member, and submitted to Human Resources. When possible, the form should be submitted at least 30 days in advance of the effective date of the leave.

All requests for family and medical leaves of absence due to a serious health condition or for military family leave must be supported by a completed medical or other certification form, which will be provided to the team member by the Company.

## UNPAID LEAVE OF ABSENCE

An unpaid leave of absence may be granted to full time team members who are expected to return to work, but require a specified time period away from their position for a personal or medical reason and may not be eligible for FMLA. To request a leave of absence, the formal leave of absence request form must be completed and submitted to your General Manager, and reviewed for approval by Regional Partner and Human Resources. Medical documentation from your physician may be required when submitting request for leave of absence for medical condition. Your same position or rate of pay is not guaranteed upon your return. However, every effort will be made to place you in a comparable position. Team members may not work elsewhere while on leave. Upon your return from leave, certification must

Plaintiff's Exhibit 25



Thunderdome000177



be provided stating your ability to return to work. An unpaid leave of absence may be granted by management for up to 12 weeks.

### INSURANCE BENEFITS

Full time team members, after completing 90 days of employment will be eligible to participate in medical, dental and vision insurance benefits at an employee contribution premium. Life insurance is also available and the premium is paid by the employer. The employee premium for elected medical, dental and vision insurance will be a bi-weekly payroll deduction.  Detailed plan information and cost will be provided to you at orientation.

## IV.    COMMUNICATION

Initiating and maintaining good communication is one of the main ingredients for our success. Communication has to flow both ways, we strongly encourage you to express yourself, give your ideas, ask questions and offer comments. Management will do its best to keep you informed and involved. There are several platforms of communication. Please take time to learn these policies and practices.

### OPEN DOOR POLICY

**"Our employees are our number one guests."** We realize that issues may arise causing frustrations at work.  We want you to feel comfortable communicating your concerns through the open door policy so that we can work towards a resolution without fear of retaliation. Using the open door policy, you are encouraged to go to your direct report first, but are welcome to approach any member of the  management team including corporate office.

| Alex Blust | Joe Lanni | John Lanni |
|---|---|---|
| Founder | Founder | Founder |
| 513.226.3707 | 513.258.7815 | 513.658.2228 |
| Alex@tdome.com | joe@tdome.com | john@tdome.com |

### TEAM MEMBER MEETINGS

Several times per year you will be asked to attend an all-team member meeting.  These meetings are **mandatory.** They will be posted well in advance.  These meetings help keep you informed and up to  date as well as give you an opportunity to share ideas and concerns with upper management.

### MEMORANDA

Memos will be posted on the team member communication board where department schedules are posted. They will also be reviewed at staff meeting. It is your responsibility to read all memos and adhere to changes pertaining to you.



## V.     GUEST RELATIONS

The guest is the lifeblood of our organization;; they are the **sole** reason we are here.

We will do **EVERYTHING** possible to ensure a pleasurable dining experience for our guests. This may mean something as simple as remembering how a guest likes their cocktail or regular order, to something more difficult like a special preparation on one of our specialty food items. Always strive for 100% guest satisfaction.

## EXCEPTIONAL HOSPITALITY

Service is the technical delivery of our product. Hospitality is how we make our guests feel. Hospitality exists when <u>you believe the other person is on your side</u>. The converse is equally true. Hospitality is present when something happens *for* you and absent when something happens *to* you. There is a <u>difference between hospitality and service</u>. We must understand the difference. Service is a monologue. We decide how we want things done and set our own standards for delivering it. Hospitality, however, is a dialogue. To be on the guest's side requires listening to that person with every sense, and following up with a thoughtful, and gracious response.

## OUR ABCD'S (BUILDING RELATIONSHIPS)
### (Always Be Collecting the Dots)

Dots are information. The more you collect, the more frequently you can make meaningful connections that can make other people feel good and give you an edge in business. Using whatever information I've collected to gather guests together in a spirit of shared experience is what we call connecting the dots. If I don't turn over the rocks, I won't see the dots. If I don't collect the dots, I can't connect the dots. The information is always there;; we just have to search for it.  **Building meaningful relationships with our guests always leads to repeat business and sense of shared ownership in the restaurant.**

## RECOGNITION AND REASSURANCE

When addressing a mistake or an issue with a guest, we must first **RECOGNIZE** the problem. Be aware. Then we need to **REASSURE** them that we are on their side, and we understand the issue, and we are going to correct it immediately. Guests want to be recognized and reassured you are handling their need. Do this with a sense of urgency and genuine warmth.

## FIVE A'S

**Awareness**—Many mistakes go unaddressed because no one is aware they even happened. If you're not aware, you are nowhere!
**Apology**—"I apologize this happened, sir or mam" It's not appropriate or useful to only make excuses, like "We're short staffed," or "Our food supplier hasn't come yet"
**Acknowledgement**—"We are temporarily out of potatoes. I'd like to buy you anything else on our menu."
**Action**—Communicate well what you are going to do to make the situation better. "I am going to give you anything else on our menu you would like. We just want you to leave happy."
**Additional generosity**—Generously offer them something additional on our menu, invite them to come back! (Currito ex. "Here is a Free Currito Card so that any item on our menu the next time will be on us! I appreciate your flexibility today, and hope to see you soon.")

Plaintiff's Exhibit 25



## IDENTIFY AND ANTICIPATE NEEDS.

Anticipating a guest's needs is the #1 contributor to elevated service and exceptional hospitality. Having the awareness to anticipate what a guest may want next is key to their loyalty and trust in the restaurant experience.

## EXCELLENCE REFLEX

We all have reflexes. Like the reflex to duck when something is coming at you fast. The excellence reflex is a reflex _to do the right thing_. It is a natural reaction to fix something that isn't right or to improve something that could be better. We must look to hire people with an excellence reflex.

## HOSPITALITY QUOTIENT

When hiring people, we look for people that have a high IQ, but **also a very high HQ**.
Somebody with a **high HQ (hospitality quotient) "derives pleasure from delivering pleasure."** This is the essence of being hospitable.

## OUR PHILOSOPHY - TEAMWORK

The steps needed to ensure every guest has a GREAT DINING experience are complex. Every facet of the guests' visit is involved—the greeting at the front door, the courteous and attentive server, the excellent cuisine, caring management team and comfortable surroundings. It takes 100% commitment from the entire team to achieve our goal. In order to accomplish our mission, we rely on a team approach. "That is not my job" are five words that a Thunderdome team member may never use. Management is very hands on but cannot always cover every situation.

In this fast paced high tech world "personal touch" is becoming obsolete. Our business relies on this touch. Please treat each guest with the respect and courtesy of a guest in your home.

In addition to guest satisfaction we strive for team member satisfaction, you are the lifeline of our business. At Thunderdome you will find a friendly, cooperative work environment.

Teamwork is the foundation of service in a restaurant. Teamwork takes high energy and a desire to provide efficient and timely service. **A sense of urgency and excellence reflex** creates an environment in which the guests perceive they are important and their needs are being met. You must be able to count on your team member and they must be able to depend on you.

Everyone needs to maintain his or her sense of urgency throughout the shift. You need to step in and help wherever you can: running food orders, pre-bussing, restocking stations, delivering beverages, working the line or register. The Management Team will be practicing good teamwork as well;; it is our philosophy to have the managers on the floor working shoulder to shoulder with the staff. It is NEVER seen as a sign of weakness when you ask for help, only a sign of STRENGTH!

Plaintiff's Exhibit 25



## VI. UNIFORMS

Our "image" is an element of the total package we present to our guest. It is very important to our continuing success. We ask that you maintain your professional image throughout your tenure with us. All restaurant Team Members are required to follow the Appearance & Grooming standards listed below and to take pride in their personal appearance, uniform and general grooming standards. Our restaurant is required to comply with the Department of Health's codes and regulations. Accordingly, these standards have been established and are applicable to every Team Member. Failure to meet these standards could result in disciplinary action up to and including termination of employment.

### HYGIENE

In order to keep working conditions comfortable and pleasant for everyone, team members are asked to always be aware of keeping their persons scrupulously clean. Oral hygiene as well as bathing and deodorant use are necessary before work. When returning from breaks, using the restroom or cleaning, it is necessary that you wash your hands thoroughly with soap and water.

### ALL TEAM MEMBERS

- Please report to work clean, neat, and well groomed. Excessive use of scented colognes and perfumes are not allowed.
- Hands must be kept clean with clean fingernails. Nail polish must be professional and well maintained.
- Do not wear jewelry that will interfere with the performance of your job.
- You will be fitted and issued with the appropriate uniform for your job. Please keep your uniform clean and wear it as your job requires.
- Do not attempt to alter any part of your uniform.
- Socks must be worn at all times. Shoes must be non-slip and closed - toed for safety purposes. Specific styles and colors will be specified by your manager. Shoes must be kept in good repair.
- No gum or tobacco chewing.
- Hair should be neat and clean. Hair length must be restrained if it touches your shoulder, in accordance with board of health guidelines.
- Sideburns should be kept trim and neat. Mustaches and beards should be cleaned and neatly trimmed.
- Only hats, headwear, etc. that are considered part of the uniform are to be worn on the job.

### FRONT OF THE HOUSE - UNIFORM TEAM MEMBERS

Front of House team members will wear a clean uniform shirt (Brand specific) and apron as required for position. Shirts and aprons will be provided upon time of hire to the team member by the Company. Dark blue jeans must be worn, and are not provided.

Jeans are to fit properly and should not have any embellishment or designs, . Clean shoes must be non-slip and closed toed. Your manager will provide details on additionally required items based on your job position (i.e. Servers carrying $20 bank, pens, wine key, etc)

### BARTENDERS

| YES | NO |
| --- | --- |
| Dark colored pants (no holes) | Athletic wear (sports tops, yoga pants, etc) |
| Button up shirt, collared shirt, blouse | Hats |
| Vests | T-shirts / polo shirts |
| Vintage t-shirts (change to brand t shirt underneath, no vintage t shirt) with button up over top | Ill-fitting size clothing of any kind |

Thunderdome000181

Plaintiff's Exhibit 25



**Shorts / capris**
**Dresses / skirts**

Thunderdome000182

Plaintiff's Exhibit 25



**THUNDERD∩ME**™

R E S T A U R A N T   G R O U P

**HOSTS**

| YES | NO |
|---|---|
| Dark denim/Black pants / dresses / skirts | Athletic wear |
| button up / collared shirt / blouse or dress shirt/sweater | Hats |
| Vests, blazer or dress cardigan | T-shirts / polo shirts |
| <span style="color:red">Must be black as a base (I.e. can patterned with such as floral, striped etc but black as a base)</span> | Exposed midriff |
| | Shorts / capris |
| | Ill fitting size clothing of any kind |

## BACK OF THE HOUSE – UNIFORM TEAM MEMBERS

All Back of the House team members will wear the approved Uniform. All Cooks and Prep Cooks and Utility will be provided with Apron and Hat. All BOH team members need to wear black pants (no denim or fitness pants) and black non-slip shoes.

### CURRITO

- A Currito logo shirt (all managers in designated management shirt)
- All shirts must be tucked in, clean and not wrinkled
- Employees must wear a logo Currito hat, and must be clean and straight
- All employees must wear slacks, no shorts or capri pants
- Slacks must be black or dark blue jeans, in good condition, not tattered
- A belt must be worn with slacks
- An apron must be worn at all times while working with bib worn up under collar/neck.
- Male employees must be clean shaven or well-trimmed / kept facial hair
- Jewelry should be kept to a minimum
- Makeup should be conservative
- Long hair must be pulled back and off the collar are
- All team members must wear comfortable non-skid shoes; no sandals or open-toed shoes
- Management will inspect uniforms at the start of the shift

Hair: Keep your hair clean, neat and restrained. Any hair length to shoulders and longer must be pulled back.

Facial Hair: Mustaches, beards and goatees must be neat and trimmed. All facial hair must be fully grown, then kept trimmed.

### S$_O$H$_I$

- A SoHi logo shirt (all managers in designated management shirt)
- All shirts must be clean and not wrinkled
- Employees must wear a logo SoHi hat, and must be clean and straight
- All employees must wear slacks, or shorts in summer weather
- Shorts must be at finger tip length or longer. Shorts must be khaki, black or denim in color.  No basketball or sport-style shorts.
- Slacks must be black or dark blue jeans, in good condition, not tattered
- An apron must be worn at all times while working with bib worn up under



collar/neck.
- Male employees must be clean shaven or well trimmed/kept facial hair
- Jewelry should be kept to a minimum
- Makeup should be conservative
- Long hair must be pulled back and off the collar area
- All employees must wear comfortable non-skid shoes, no sandals or open-toed shoes
- Management will inspect uniforms at the start of shift

Hair: Keep your hair clean, neat and restrained. Any hair length to shoulders and longer must be pulled back.

Facial Hair: Mustaches, beards and goatees must be neat and trimmed. All facial hair must be fully grown, then kept trimmed.

## VII.    SAFETY AND SANITATION

We adhere to strict safety and sanitation guidelines. This section of the handbook describes common core practices for all positions in the restaurant. Further training and instruction will be given on the job and through review of our life safety manual. You are to be completely familiar with all the guidelines listed in this manual and your additional training.

### CAMERAS

The Cameras system is for Management use only. The cameras should only be used for investigation purposes and viewing restaurant while not in the restaurant. The cameras system should be logged out on office computer after each use. Anyone tampering with cameras or misusing the cameras is subject to discipline including termination of employment

Plaintiff's Exhibit 25



### SAFETY FIRST

No one is more important to us than our team members. Your safety while working, entering or exiting the restaurant is our number one priority. At Thunderdome we do many things to ensure your safety.

- We are fully compliant with all OSHA standards for safety in the workplace.
- We will provide escorts to your cars.
- Our managers receive ongoing training in safety and protection.

While we are committed to doing our part, we welcome your input. If there is any area of team member safety you feel could be improved, please discuss it with your manager. To maintain the highest safety standards, it takes the entire restaurant team.

- Do not leave the back door open.
- Do not let anyone you do not know in the back door.
- Leave in teams or use an escort after dark.
- Do not discuss cash or financial information with strangers.
- In case of a robbery, remember only one rule … Don't be a hero! Do exactly what the person asks and remain as calm as possible. Call the proper authorities as soon as it is safe to do so.

### SEARCHES

Situations may arise that result in the need for Company to conduct a search of team member lockers, vehicles, desks or other equipment and team member packages or parcels.

Company reserves the right to do this at any time, with or without notice.

### SECURITY

The security of facilities/properties, as well as the welfare of our team members requires that every individual be constantly aware of potential security risks. You should immediately notify your supervisor when unknown persons are acting in a suspicious manner, in or around company facilities or premises or when your company-issued keys or security passes are lost or misplaced.

### SANITATION

All people carry bacteria on their persons. While you may not be sick, the bacteria you carry can make other people sick. Bacteria are carried on your clothes, hands, hair, skin, open wounds, throat, nose, ears, and other body parts. Human hands are one of the most common means of contamination. Proper hand washing is essential to preventing the spread of bacteria. You must wash your hands after:

- At the start of your shift
- Using the restroom
- Smoking
- Shaking hands
- Eating or drinking
- Using the phone



- Using a tissue
- Touching areas of the body (hair, ears, mouth, nose, etc.)
- Handling raw food particularly, meat, fish, & poultry
- Touching unclean equipment and work surfaces
- Handling garbage
- After cleaning (sweeping, mopping, using sanitized towel,etc.)
- Touching bottoms of boxes that could be contaminated by meat/poultry juices from the floor of the delivery truck

## PROPER HAND WASHING:

- Use hot water: as hot as you can comfortably stand.
- Soap hands thoroughly, and lather to the elbow.
- Rub hands together, using friction for 20 seconds.
- Rinse under running water.
- Dry hands, using single service towels or hot air dryer.

## PROPER GLOVE USE:

- Hands must be thoroughly washed prior to using gloves.
- Hands must be thoroughly washed after using gloves.
- Gloves must be used for one task only (cutting poultry/prepping meat).
- Change gloves and wash hands in between tasks.
- If glove becomes punctured or torn, change gloves.

## PROPER TEMPS AND SURFACE SANITATION

- Work surfaces and equipment must be cleaned and sanitized after each use. This will prevent cross contamination to other foods prepped in this area.
- The temperature danger zone for food is **41-140**.   This is the range that favors bacterial growth;; bacteria can grow and multiply very rapidly at these temperatures.
- Food should spend as little time as possible in the temperature danger zone. Keep cold foods below 41 and hot foods above 140.
- When cooking a potentially hazardous food the food must reach a minimum internal temperature to kill harmful bacteria.
- **Poultry must be cooked to 165.**
- **Ground beef must be cooked to 155.**
- **Pork must be cooked to 155.**
- **Fish must be cooked to 145.**
- All food is checked with a clean sanitized thermometer. Food that is held for service must be held at 140 or higher, these temperatures are checked and documented regularly.
- Hot food to be cooled must be cooled first to **70 within 2 hours** then the product must reach **40** within **4 hours.**
- Food to be re-heated for service must reach **165** within **2 hours** and may only be used one time.
- All raw fruits and vegetables must be washed and then rinsed thoroughly under anti-microbial fruit and vegetable wash.

Plaintiff's Exhibit 25



- Raw meat products should be stored beneath all other food products to avoid cross contamination.
- All cleaning products must be stored in a labeled container and stored away from food preparation areas.
- If you have a food-borne illness or other highly contagious illness you must notify your manager.

### TEAM MEMBERS EXCLUDED FROM WORK

A team member must be <u>excluded</u> from work if they report any of the symptoms or illness, listed below.  Team members may return to work when they are symptom free for over 24 hours.
- Diarrhea
- Vomiting
- Jaundice (yellowing of the skin or under the eyes)
- Sore throat/cough with fever
- Infected cuts or wounds, or lesions containing pus on the hand, wrist, an exposed body part (such as boils and infected wounds, however small)

### REPORT TO MANAGEMENT

Team members must report to management if they have been diagnosed with any of the following illnesses (or have been knowingly exposed to outbreaks of) *Norovirus, Salmonella Typhi, Shigella spp. Infection, Hepatitis A, Campylobacter, Cryptosporidium, Cyclospora, Entamboeba histolytica, Giaria, Vibro cholera, Yersinia, Samonella spp, Coronavirus.*

**Keep cold foods cold and hot foods hot. Use good personal hygiene. Avoid cross contamination.**
Following these practices will keep you, your co-workers and our guests safe from food-borne illness.


## VIII.    IF YOU DECIDE TO LEAVE US

### RESIGNATION

Thunderdome requests that you give a written two week notice of resignation of employment if you choose to leave us. A signed and dated letter of resignation will be required for all resignation. If you resign, we hope you consider coming back, either as a team member or as a guest.

### TERMINATION

Prohibited conduct will normally subject the team member to corrective action, up to and including termination of employment. Situations arising which, in the opinion of management conflict with Company's standards, operational objectives, or the welfare and rights of others, will be resolved on an individual basis.

Depending on the nature and severity of the violation, Thunderdome will take action that is appropriate to the offense, up to and including termination of employment. A terminated team member may not be paid for any unused vacation time. Thunderdome's main interest is in taking corrective action consistent with maintaining a productive, safe, efficient, and pleasant workplace environment.

When disciplinary measures have proven to be unsuccessful, or when an initial offense is of an intolerable nature, Thunderdome reserves the right to discharge a team member immediately.

Plaintiff's Exhibit 25



**JOB REFERENCES**

Thunderdome will provide neutral job references, including name, position, pay rate, and dates of employment. Team members should forward all requests for reference checks of former or current team members to the General Manager.

Thunderdome000188

Plaintiff's Exhibit 25



## TEAM MEMBER ACKNOWLEDGMENT

I acknowledge that I received a copy of Thunderdome's Team member Handbook. I agree to read it thoroughly, and understand that it is my responsibility to comply with the policies contained within the Team member Handbook. I understand that my continued employment is contingent on following these policies. I agree that if the Team member Handbook contains a policy or provision that I do not understand, I will seek clarification from a member of management.

I understand that I may not disclose any protected proprietary and confidential information, including but not limited to recipes, preparation techniques, marketing plans and strategies, or financial information to anyone outside the Company.

I have entered into employment with Thunderdome voluntarily and acknowledge that it is for no specified length of time. Accordingly, either I or the Company may terminate the relationship at will, with or without cause, at any time, for any reason or no reason. I understand that neither this team member Handbook nor any other Company policy, practice or procedure is intended to provide any contractual obligations related to continued employment, compensation or employment contract. I also understand that these policies and procedures are continually evaluated and may be amended, modified or terminated at any time.

**Team member Signature:**_____**Date:**_____

**Witness Signature:**_____**Date:**_____

Plaintiff's Exhibit 25



## TEAM MEMBER ACKNOWLEDGMENT FORM

**THUNDERDOME'S OVERALL EXPECTATIONS:**

- **Always follow safety and sanitation standards.**
- **Always act in the guest's best interest.**
- **Display professional conduct at all times.**
- **Maintain the highest standards of excellence.**
- **Treat team members with dignity and respect.**
- **Display interest, enthusiasm and intensity.**
- **Always practice integrity and honesty**
- **Adhere to food service and time standards.**
- **Be proficient and efficient with every function performed.**
- **Thoroughly understand all recipes and specs.**
- **Demonstrate a strong sense of urgency.**
- **Exhibit a can do attitude.**
- **Ask questions if you do not understand a policy or procedure.**
- **Be on time.**
- **Give help when needed.**
- **Take initiative. Do not wait to be told what to do.**
- **Communicate a spirit of success and cooperation.**
- **Identify problems and provide solutions.**
- **Use sound reasoning and common sense.**
- **Always accept personal accountability for your actions.**
- **Do the very best you can.**

I_____understand all of the above job requirements and know that I will be held accountable for my actions. If I do not meet Thunderdome's expectations I may be warned, placed on probation and/or terminated from employment. In addition, the management staff of Thunderdome restaurant is solely responsible for all operational decisions at the restaurants, including (scheduling, pay, and discipline).

**Team member Signature:**_____**Date:**_____

**Witness Signature:**_____        **Date**

Plaintiff's Exhibit 25

Thunderdome000191