# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:21-cv-03027-RLY-MJD |
| ) | |
| THUNDERDOME RESTAURANTS, LLC, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF KIER MUCHNICKI

I, Kier Muchnicki, declare as follows:

1.  I am over 18 years old, of sound mind, and have personal knowledge of the facts stated in this declaration. This declaration is based upon my own personal knowledge and, if called as a witness, I could and would competently testify to the facts set forth herein.

2.  I am the Vice President of Human Resources/Director of Team Member Experience at Thunderdome Restaurants, LLC ("Thunderdome"). I have worked in the Human Resources Department at Thunderdome since January 2016. Thunderdome's Human Resources Department manages the human resources and personnel functions for all of Thunderdome's 40 restaurant locations nationwide. In my position, my responsibilities include, in relevant part, managing leave requests under the Family and Medical Leave Act ("FMLA") and employees' worker's compensation claims.

3.  Thunderdome's Employee Handbook contains its FMLA policy, and I am the FMLA coordinator. When an employee wants to request time off work, the employee must submit a time off request form to their manager. If the request is related to a medical condition that may be covered by the FMLA, the manager will forward the request along to me so that I can provide

1

the employee with the relevant information and documentation to submit a formal request for FMLA leave and get the necessary medical certifications. Several employees request time off or work restrictions for medical reasons each year. I make every effort to ensure that employees who are eligible and qualified for FMLA leave obtain such leave. Thunderdome does not interfere with or impede any employee's ability to take qualified FMLA leave.

4. Wesley Ryan Bennett began working as an Assistant Kitchen Manager for Thunderdome at its Bakersfield Indianapolis restaurant on July 27, 2018. By July 15, 2019, Thunderdome had reassigned him to its Krueger's Tavern Indianapolis restaurant. Finally, on or about August 12, 2019, Thunderdome again reassigned Mr. Bennett to its Indianapolis restaurant The Eagle. I was aware that each reassignment was due to his performance issues despite ongoing verbal coaching.

5. On August 23, 2019, Mr. Bennett reported that he had suffered a workplace injury. Thunderdome uses Cincinnati Insurance Companies ("CIC") as its worker's compensation insurance carrier. Once Thunderdome files a worker's compensation claim regarding an employee's workplace injury, CIC processes the claim and handles approval of any additional medical care and the payments of the medical claims. Thunderdome did not deny Mr. Bennett's worker's compensation claim regarding his August 23, 2019 workplace injury, nor did it delay in filing the worker's compensation claim with CIC. Rather, on August 27, 2019, I filed a worker's compensation claim with CIC regarding Mr. Bennett's August 23, 2019 workplace injury. From that time forward, CIC was responsible for handling Mr. Bennett's worker's compensation claim, including but not limited to approving any referrals for ultrasounds, appointments with a surgeon, or surgery. No one from CIC ever reached out to me to discuss Mr. Bennett's medical invoices and whether they had been paid.

6. From August 23, 2019 through the end of his employment on October 26, 2019, Mr. Bennett never submitted a request for time off because of his August 23, 2019 workplace injury.

7. Thunderdome strives to create a work environment that allows employees to manage their personal lives, including but not limited to any health issues, while succeeding as a team member. Thunderdome does not retaliate against employees that take (or attempt to take) FMLA leave or those who file worker's compensation claims or interfere with any related right or benefit. Rather, Thunderdome's workforce actually includes many employees who have applied for and utilized FMLA leave and/or filed worker's compensation claims during their employment.

[*Signature Page to Follow*]

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on 10/28/22.

*Kier Muchnicki* (signature)
Kier Muchnicki