**EXHIBIT 8**

Message

| | |
|---|---|
| **From:** | Ricky Tindell [tindellricky@gmail.com] |
| **Sent:** | 2/23/2022 10:56:37 PM |
| **To:** | Kier Muchnicki [kier@tdome.com]; Leyshock, Sarah Clay [/o=TaftLaw/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=sleyshock] |
| **Subject:** | Screenshot 2022-02-23 at 5.55.48 PM |

[EXTERNAL MESSAGE]



Bennett Dep. Ex. 2

Thunderdome000018

5:55



Siobhan

May 13, 2019, 5:46 PM

Can you sent me Tori's number



Thanks

May 16, 2019, 8:49 PM

I've had two BOH employees walk out of their shifts tonight because of Ryan Bennett. I'm just letting you know. I've already spoken to him but it may be a good idea if he receives a call from you as well.

> Jesus. Heard. I'm not going to call him tonight but will call tomorrow

Thanks let me know how it goes.

May 18, 2019, 12:58 PM

Hey are you on the block?



Ricky Tindell
Regional Managing Partner-Indianapolis
General Manager Eagle Mass Ave.
tindellricky@gmail.com
407.617.0411

Thunderdome000020