**EXHIBIT 9**



# TEAM MEMBER WARNING FORM

**Team Member Name:** RYAN BENNETT

**Date:** 10.9.19

**Manager Name:** Collin Martin

**Team Member Hire Date:**

[X] First Warning   ___ Second Warning   ___ Final Warning

**Date(s) of this infraction:** 10.9.19

**Previous disciplinary meeting was held on** _____

Your behavior/actions have been found unsatisfactory because you did not perform one or more of the **Thunderdome Standards** listed on the next page:

**Fully explain infraction** *(Provide factual and specific details):*

RYAN WAS LATE FOR HIS 4:00PM SHIFT.

The following **corrective action** must be taken by the employee immediately. Failure to do so will result in further disciplinary action up to and including termination from employment:

BE ON TIME

LEAVE EARLIER TO GET TO WORK ON TIME.

*Continued failure to meet Thunderdome Standards will result in further disciplinary action leading up to separation of employment.*

**Follow Up Meeting Date:** TBD.

**Team Member Signature:** [signed]   **Date:**

*Note: Your signature on this form means that we have discussed the situation. It doesn't mean you agree that the infraction occurred.*

**Manager Name Printed:**   **Manager Signature:**   **Date:**

**Witness Name Printed:** Sarah Straub   **Witness Signature:** Sarah Straub   **Date:**

Bennett Dep. Ex. 9

Thunderdome000029