**EXHIBIT 10**



# TEAM MEMBER WARNING FORM

| | |
|---|---|
| Team Member Name: Ryan Bennet | Date: 10.10.2019 |
| Manager Name: | Team Member Hire Date: |

_____ First Warning      X\_\_\_\_\_ Second Warning      _____ Final Warning

Date(s) of this infraction: 9/09/2019

Previous disciplinary meeting was held on 10.9.2019

Your behavior/actions have been found unsatisfactory because you did not perform one or more of the **Thunderdome Standards** listed on the next page:

**Fully explain infraction** *(Provide factual and specific details):*

On 9.9.2019 Ryan failed to fully complete the Piazza order guide. This is after three previous coaching about how to properly use the Piazza Order guide. This gross negligence when it comes to order accuracy, resulting in a order for 21 cases of grape tomatoes.

The following **corrective action** must be taken by the employee immediately. Failure to do so will result in further disciplinary action up to and including termination from employment:

- Pay attention to detail.
- Use the tool provided correctly to prevent order errors.
- Time management.

Continued failure to meet Thunderdome Standards will result in further disciplinary action leading up to separation of employment.

Follow Up Meeting Date: TBD

Team Member Signature: *[signed]*    Date: 10/10/19

Note: Your signature on this form means that we have discussed the situation. It doesn't mean you agree that the infraction occurred.

Manager Name Printed: COLLIN MARTIN

Manager Signature: *[signed]*    Date: 10/10/19

Witness Name Printed:

Witness Signature:    Date:

Bennett Dep. Ex. 10

Thunderdome000030