# EXHIBIT 11



## TEAM MEMBER WARNING FORM

**Team Member Name:** Ryan Bennett
**Manager Name:** Collin Martin

**Date:** 10.24.2019
**Team Member Hire Date:**

____ First Warning   ____ Second Warning   _X_ Final Warning

**Date(s) of this infraction:** 10/23/2019
**Previous disciplinary meeting was held on** 10/10/2019

Your behavior/actions have been found unsatisfactory because you did not perform one or more of the **Thunderdome Standards** listed on the next page:

**Fully explain infraction** (Provide factual and specific details):

Ryan was caught smoking at 7:19pm during No Smoking No Breaks time. Ryan has been counseled on this multiple times in the past.

The following **corrective action** must be taken by the employee immediately. Failure to do so will result in further disciplinary action up to and including termination from employment:
- Use sound reasoning and common sense
- Always accept personal accountability for your actions.
- Follow all standards and procedures.
- Ask questions if you do not understand a policy or procedure.

*Continued failure to meet Thunderdome Standards will result in further disciplinary action leading up to separation of employment.*

**Follow Up Meeting Date:** TBD

**Team Member Signature:**                                              **Date:**
*Note: Your signature on this form means that we have discussed the situation. It doesn't mean you agree that the infraction occurred.*

**Manager Name Printed:** COLLIN MARTIN           **Manager Signature:**           **Date:** 10.24.19
**Witness Name Printed:**                          **Witness Signature:**           **Date:** 10-24-19

[Exhibit stamp: Bennett Dep. Ex. 11]

Thunderdome000025