**EXHIBIT 12**



# TEAM MEMBER WARNING FORM

**Date:** 10.24.2019

**Team Member Name:** Ryan Bennett

**Team Member Hire Date:**

**Manager Name:** Collin Martin

___ First Warning  ___ Second Warning  _X_ Final Warning

**Date(s) of this infraction:** 10/23/2019

**Previous disciplinary meeting was held on** 10/10/2019

Your behavior/actions have been found unsatisfactory because you did not perform one or more of the **Thunderdome Standards** listed on the next page:

**Fully explain infraction** *(Provide factual and specific details):*

Ryan failed to properly order produce on his shift. Two weeks ago on 10.10.19, Ryan was counseled about the importance of properly utilizing the Piazza Order Guide. This resulted in a $926.14 for unnecessary product, and caused us to have to go to Restaurant Depot to get the products that were not ordered.

The following **corrective action** must be taken by the employee immediately. Failure to do so will result in further disciplinary action up to and including termination from employment:

- Use sound reasoning and common sense
- Always accept personal accountability for your actions.
- Follow all standards and procedures.
- Ask questions if you do not understand a policy or procedure.

*Continued failure to meet Thunderdome Standards will result in further disciplinary action leading up to separation of employment.*

**Follow Up Meeting Date:** TBD

**Team Member Signature:**

*Note: Your signature on this form means that we have discussed the situation. It doesn't mean you agree that the infraction occurred.*

**Date:**

**Manager Name Printed:** COLLIN MARTIN

**Manager Signature:** *[signed]*

**Date:** 10.24.19

**Witness Name Printed:**

**Witness Signature:** *[signed]*

**Date:** 10-24-19

Bennett Dep. Ex. 12

Thunderdome000026