

# THUNDERDOME
### RESTAURANT GROUP

## TEAM MEMBER WARNING FORM

**Date:** 10.24.2019

**Team Member Name:** Ryan Bennett

**Team Member Hire Date:**

**Manager Name:** Collin Martin

_____ First Warning    _____ Second Warning    __X__ Final Warning

**Date(s) of this infraction:** 10/23/2019

**Previous disciplinary meeting was held on** 10/10/2019

Your behavior/actions have been found unsatisfactory because you did not perform one or more of the Thunderdome Standards listed on the next page:

**Fully explain infraction** *(Provide factual and specific details)*:

Ryan failed to properly complete the prep list on his shift and did not order the correct produce to complete the list. Items in the walk in were not counted and adjusted to proper pars.

The following **corrective action** must be taken by the employee immediately. Failure to do so will result in further disciplinary action up to and including termination from employment:

- Use sound reasoning and common sense
- Always accept personal accountability for your actions.
- Follow all standards and procedures.
- Ask questions if you do not understand a policy or procedure.

Continued failure to meet Thunderdome Standards will result in further disciplinary action leading up to separation of employment.

**Follow Up Meeting Date:** TBD

**Team Member Signature:**                                                                  **Date:**

*Note: Your signature on this form means that we have discussed the situation. It doesn't mean you agree that the infraction occurred.*

**Manager Name Printed:** Collin MARTIN     **Manager Signature:** [signed]     **Date:** 10-24-19

**Witness Name Printed:** [signed]     **Witness Signature:** Dayton Ry Neely     **Date:** 10-24-19

[Exhibit stamp: Bennett Dep. Ex. 13]