**EXHIBIT 14**


# THUNDERDOME
RESTAURANT GROUP

## TEAM MEMBER WARNING FORM

Team Member Name: Ryan Bennett

Date: 10.24.2019

Manager Name: Collin Martin

Team Member Hire Date:

___ First Warning    ___ Second Warning    _X_ Final Warning

Date(s) of this infraction: 10/23/2019

Previous disciplinary meeting was held on 10/10/2019

Your behavior/actions have been found unsatisfactory because you did not perform one or more of the **Thunderdome Standards** listed on the next page:

**Fully explain infraction** (Provide factual and specific details):

Ryan left his shift without notifying his direct supervisor or the GM for approval. Ryan has been counseled in that he is not to leave the shift without the approval of his direct supervisors, and blatantly defied this direction.

The following **corrective action** must be taken by the employee immediately. Failure to do so will result in further disciplinary action up to and including termination from employment:
- Use sound reasoning and common sense
- Always accept personal accountability for your actions.
- Follow all standards and procedures.
- Ask questions if you do not understand a policy or procedure.

Continued failure to meet Thunderdome Standards will result in further disciplinary action leading up to separation of employment.

**Follow Up Meeting Date: TBD**

Team Member Signature:

Date:

Note: Your signature on this form means that we have discussed the situation. It doesn't mean you agree that the infraction occurred.

Bennett Dep. Ex. 14

Manager Name Printed: Collin Martin   Manager Signature: [signed]   Date: 10.24.19

Witness Name Printed: [signed]   Witness Signature: Dayton Ray Neal   Date: 10/24/19

Thunderdome000028