**EXHIBIT 15**



# THUNDERDOME
### RESTAURANT GROUP

| TEAM MEMBER WARNING FORM | Date: 10.24.2019 |

Team Member Name: Ryan Bennett

Team Member Hire Date:

Manager Name: Collin Martin

_____ First Warning   _____ Second Warning   X_____ Final Warning

Date(s) of this infraction: 10/23/2019

Previous disciplinary meeting was held on 10/10/2019

Your behavior/actions have been found unsatisfactory because you did not perform one or more of the **Thunderdome Standards** listed on the next page:

**Fully explain infraction** (Provide factual and specific details):

Ryan left his shift without notifying his direct supervisor or the GM for approval. Ryan has been counseled in that he is not to leave the shift without the approval of his direct supervisors, and blatantly defied this direction.

The following **corrective action** must be taken by the employee immediately. Failure to do so will result in further disciplinary action up to and including termination from employment:
- Use sound reasoning and common sense
- Always accept personal accountability for your actions.
- Follow all standards and procedures.
- Ask questions if you do not understand a policy or procedure.

Continued failure to meet Thunderdome Standards will result in further disciplinary action leading up to separation of employment.

**Follow Up Meeting Date:** TBD

**Team Member Signature:**   Date:

Note: Your signature on this form means that we have discussed the situation. It doesn't mean you agree that the infraction occurred.

Bennett Dep. Ex. 14

**Manager Name Printed:** Collin Martin   **Manager Signature:**   Date: 10.24.19

**Witness Name Printed:**   **Witness Signature:** Dayton Ray Neal   Date: 10/24/19

Thunderdome000028

Message

| | |
|---|---|
| From: | Leyshock, Sarah Clay [/O=TAFTLAW/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SLEYSHOCK] |
| Sent: | 3/10/2022 9:41:03 PM |
| To: | Knear, Erica M. [/o=TaftLaw/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=09fb2548d0c94781a62d261270f2562c-Knear, Erica M.] |
| Subject: | FW: R.Bennett |
| Attachments: | img10242019_0001.pdf; img10242019_0002.pdf; img10242019_0003.pdf; img10242019_0004.pdf; img10242019_0005.pdf; img10242019_0006.pdf |



**Taft /**   **Sarah Clay Leyshock**, Partner
Employment and Labor Relations
Direct: 513.357.8731 | Office Ext: 58731
Taft Office: Cincinnati

**From:** Kier Muchnicki <kier@tdome.com>
**Sent:** Thursday, March 10, 2022 4:37 PM
**To:** Leyshock, Sarah Clay <sleyshock@taftlaw.com>
**Subject:** Fwd: R.Bennett

[EXTERNAL MESSAGE]



---------- Forwarded message ---------
From: **Ricky Tindell** <ricky.tindell@tdome.com>
Date: Fri, Nov 26, 2021 at 3:58 PM
Subject: Fwd: R.Bennett
To: Kier Muchnicki <kiermuchnicki@gmail.com>


Email from Collin concerning Ryans performance


Ricky Tindell
Regional Managing Partner-Indianapolis
General Manager Eagle Mass Ave.
tindellricky@gmail.com
407.617.0411

Begin forwarded message:

**From:** Collin Martin <Collin.A.Martin@gmail.com>
**Date:** November 26, 2021 at 3:53:40 PM EST
**To:** Ricky Tindell <ricky.tindell@tdome.com>
**Subject: Fwd: R.Bennett**

---------- Forwarded message ---------
From: **Collin Martin** <Collin.A.Martin@gmail.com>
Date: Thu, Oct 24, 2019 at 5:59 PM
Subject: Fwd: R.Bennett
To: David Downs <drobertdowns@yahoo.com>

David,

Ryan Bennetts performance and gross negligent behavior on 10.23.2019 were completely unacceptable. Ryan was caught smoking at 7:19pm, during non smoking times. Ryan is aware of the policy and has been documented for the same infraction in the past. After returning from his unapproved cigarette break Ryan sat on a stool watching Dayton expo. Ryan complained of being in pain and asked the MOD to leave, Ryan has specific instructions from myself, David, and Ricky that he is not allowed to leave a shift with out approval from myself or David, and that if he was leaving a shift for being in pain that he must go to concentra. Ryan did not go to concentra, nor did he notify myself or David that he was leaving early, this was a blatant failure to comply with the rules set forth.

Before Ryan left his shift, he completed the Piazza order and the prep list. Both were done with out properly counting the products on the shelf resulting in an incomplete, yet over ordered produce truck for $923.14. Not only was this truck insanely over ordered, it did not have the items to complete the prep for the day. We had to go to restaurant depot to get the remaining product to have enough prep for the day. The prep list was incomplete and inaccurate, half of the items on the prep list were not assigned to any one. Not only were their items on the list that could not be completed, their were items on the list that we did not need prepped on a 40K Saturday. When I inspected the prep list it was clear that the products on the shelves were not properly counted and was done with out care.

On 10.24.2019 I wrote Ryan up for smoking during the no smoking times, Leaving his shift without approval from myself or David, Failing to properly complete the piazza order, and failing to the prep list correctly. During this conversation Ryan became argumentative, which then escalated to just flat out insubordination when he said to me "Can I write you up?" and "You have been removed from your position, do you want to talk about that?". Ryan was given the option to sign his documentation but refused to sign the documents and choose to go home instead.

This behavior is unacceptable from any member of our management team. Ryan has failed to meet job expectations, has consistently turned out poor shifts and product quality. This is the fourth conversation I have had with him about produce orders. Ryan is supposed to be the AKM, however I do not feel comfortable with him running the kitchen, or to perform his job as expected.

Regards,

Collin Martin


Attached are his written documentation from the Eagle.


---------- Forwarded message ---------
From: **Sarah Straub** <thunderdome.sarah@gmail.com>
Date: Thu, Oct 24, 2019 at 5:29 PM
Subject: R.Bennett
To: David Downs <drobertdowns@yahoo.com>, Collin Martin <Collin.A.Martin@gmail.com>




--
Sarah Straub
Administrative Manager
Thunderdome Restaurant Group
(317)354-5415



--
Collin A. Martin
Kitchen Manager
The Eagle Food & Beer Hall
Thunderdome Restaurant Group
P: (317) 929-1799
M: (808) 754-1370
Collin.A.Martin@Gmail.com

The information contained in this Email transmission is privileged and
confidential and is intended only for the use of the recipient listed above.
If you are neither the intended recipient or the employee or agent of the
intended recipient responsible for the delivery of this information, you are
hereby notified that the disclosure, copying, use or distribution of this
information is strictly prohibited. All information contained in this transmission is the property of
Collin Martin. If you have received this transmission
in error, please notify us immediately by telephone [1.808.754.1370] to arrange for the
return of the transmitted documents to us or to verify their destruction.

--

Collin A. Martin
Thunderdome Restaurant Group
P: (317) 929-1799
M: (808) 754-1370
Collin.A.Martin@Gmail.com

The information contained in this Email transmission is privileged and
confidential and is intended only for the use of the recipient listed above.
If you are neither the intended recipient or the employee or agent of the
intended recipient responsible for the delivery of this information, you are
hereby notified that the disclosure, copying, use or distribution of this
information is strictly prohibited. All information contained in this transmission is the property of
Collin Martin. If you have received this transmission
in error, please notify us immediately by telephone [1.808.754.1370] to arrange for the
return of the transmitted documents to us or to verify their destruction.