**EXHIBIT 16**

# THUNDERDOME
RESTAURANT GROUP

## Safety Investigation- Employee Incident Report

To be completed by Manager on Duty for all employee incidents. Please send report to Kier Muchnicki at Kiermuchnicki@gmail.com.
**First take care of injury** Call 911 for any major injuries and all head injuries.

Store Name and Location _Eagle Indy_

1. Employee Name _Ryan Bennett_  Age _32_
2. Hire Date _07/27/18_
3. Department and Title of Job _Assistant Kitchen Manager_
4. Employee Home Address _1385 Angela Ct_
5. Employee Phone Number _____
6. Employee Birth Date ____ /1987
7. Date of Incident _08/23/19_   Time _7:30 PM_
8. Location of Incident (area) _Expo_
9. Job being performed when incident occurred _Expo_
10. Describe incident and nature of injury (providing description indicating what happened and how it occurred).
    _Ryan approached Ricky and informed him that he had suffered a hernia from bending over to pick up a tray and needed medical attention_
11. Was outside medical needed? _X_ Yes ____ No (If No- Skip to question 17)
12. If answer to question 10 was yes, did the employee visit the location's preferred clinic? _X_ Yes ____ No
13. Is the employee expected to lose scheduled workdays? ____ Yes _X_ No
14. If Yes, how many days? _N/A_
15. Can the employee return on light duty? _X_ Yes ____ No - We will always make light duty accommodations.
16. Using the checklist on the reverse side of this form check any conditions, which may have contributed to the incident.
17. Date and Time of next shift _08/24/19 @ 4:00 pm_
18. What can be done to prevent similar occurrences? _follow proper bending and lifting guidelines_
19. What additional training or instruction has been provided to employee? _N/A_
20. Please attach any witness statements.
21. Date of report _08/23/19_
22. Supervisor Signature _[signature]_
23. Employee Signature _____

****THE SECTION BELOW IS TO BE FILLED OUT BY CORPORATE OFFICE****

23. Is the injury an OSHA recordable per guidelines? ____ Yes ____ No-
24. If yes has it been recorded? ____ Yes ____ No

15

Bennett Dep. Ex. 4

Confidential                    Thunderdome000008

# THUNDERDOME

## Factors Contributing to Cause of Incident
### Review and Check All Applicable Considerations

**WORKING CONDITIONS**
- ___ Floor Wet
- ___ Floor Slippery/no nonskid surface
- ___ Poor Lighting
- ___ Floor uneven/holes
- ___ Cords across aisles
- ___ Parking lots/holes
- ___ Steps uneven/cracked
- ___ Stairs cluttered
- ___ No stair treads or poor repair
- ___ No guardrail or balconies
- ___ Handrail or guardrail defective
- ___ Improper storage/struck by object
- ___ Carpets/Rugs not secure/Holes
- ___ No step stool or ladder available
- ___ Crowded/struck against object
- ___ Chemical/burns
- ___ Liquid burns/spills
- ___ Other specify _____

**EQUIPMENT/MACHINERY**
- ___ Faulty Tools
- ___ Guards not provided
- ___ Guards missing or removed
- ___ Poor maintenance
- ___ Equipment not grounded
- ___ Knives or other sharp tools not stored properly
- ___ Other specify _____

**HANDLING OBJECTS/MATERIALS**
- ___ Strain- manual lifting/carrying
- ___ Strain- manual pushing/pulling
- ___ Pushing wheeling equipment carts
- ___ Dropped objects
- ___ Other specify _____

**EMPLOYEE CONDITION/ATTITUDE**
- ___ Inexperienced
- ___ Insufficient training/instruction
- _X_ Instructions disregarded/improper lifting
- ___ Instructions not enforced
- ___ Attention distracted
- ___ Attempted shortcuts
- ___ Was hasty
- ___ Fooling/horseplay
- ___ Other specify _____

**PHYSICAL/MENTAL CONDITION**
- ___ Fatigued
- ___ Weak
- ___ Apparent drunk/drug abuse
- ___ Disturbed/angry
- ___ Other specify _____

**DRESS SAFETY EQUIPMENT**
- ___ Faulty shoes/high heels
- ___ Clothing loose or to long
- ___ Protective safety wear not used
- ___ Protective wear not available
- ___ Other specify _____

**MEDICAL CONDITIONS**
- ___ Heart attack
- ___ Previous injuries/re-occurring
- ___ Other specify _____

**VEHICLES**
- ___ Injured from collision with other vehicle
- ___ Falls getting in/out
- ___ Other specify _____

EMPLOYEE COUNSELED ___YES___NO
VERBAL WARNING ___YES___NO
WRITTEN WARNING ___YES___NO

16

Confidential

Thunderdome000009



# The Cincinnati Insurance Companies
## Claims Center Data Capture

## WORKERS COMPENSATION LOSS **NOTICE**

Reported Date:  08/27/2019 06:17:13PM   Reported To: APALMER   Work Item: WI0633156

### Carrier Information
Name:               The Cincinnati Insurance Companies
House No/Street:    P. O. Box 145496
City/Regn/ZIP:      Cincinnati, OH 45250-5496
Telephone:          513-870-2000

### Agency Information
Name:               Wilks Insurance Agency, Inc.
House No/Street:    319 N 2nd St
City/Regn/ZIP:      Hamilton, OH 45011-1620 Country: US
Telephone:          513-868-9000  Other:
Fax/e-Mail:         513-863-7277  Kathy@wilksinsurance.com
Agency Number:      34-139

### Policy Information
Policy Number:      03 EWC 0364811
CCCC:
Name:               JJA EAGLE INDY  LLC
House No/Street:    188 N BROOKWOOD AVE
City/Regn/ZIP:      HAMILTON, OH 45013 Country: US
Telephone:               Other:
Fax/e-Mail:

### Caller Information
Name:               Kier Muchnicki
Relation:           Insured
House No/Street:    188 N BROOKWOOD AVE
City/Regn/ZIP:      HAMILTON, OH 45013 Country: US
Primary Phone:                        Secondary Phone:
E-Mail:

### Contact Information
Name:               Kier Muchnicki
House No/Street:    188 N BROOKWOOD AVE
City/Regn/ZIP:      HAMILTON, OH 45013 Country:US
Primary Phone:                        Secondary Phone:
E-Mail:
Comments:

### Loss Information
Date Of Loss:       08/27/2019 07:30:00 PM

Loss Location:
                    IN

Site Number:
Location Code:
Comments on Loss Location:

Jurisdiction(WC): IN
Location Number:

### Description Of Loss
     DOL is unknown: The employee received a hernia from bending over to pick up
     a tray.

### Employer Information
Name:               JJA EAGLE INDY  LLC
House No/Street:    188 N BROOKWOOD AVE
City/Regn/ZIP:      HAMILTON, OH 45013 Country: US
Primary Phone:      Secondary Phone:
Fax/e-Mail:

Supervisor:
Reported to:
Industry Code:             000000
OSHA Case Nbr:
Report Purpose Code:
Insured Report Nbr:
Fed Employer ID Nbr(FEIN):

Confidential                                                              Thunderdome000010

Case 1:21-cv-03027-RLY-MJD   Document 42-17   Filed 10/31/22   Page 4 of 8 PageID #: 525



# The Cincinnati Insurance Companies
## Claims Center Data Capture

### Employee Information
Name:              Ryan Bennett
Gender:            Male
House No/Street:   1385 ANGELA CT
City/Regn/ZIP:     PLAINFIELD, IN 46168-9377 Country: US
Primary Phone:     317-432-6276  Secondary Phone:
Fax/e-Mail:

Marital Status:           Single
Number of Dependents:
Hire Date:                08/12/2019
Hire State:               IN
Occupation/Job Title:     KITCHEN MANAGER
Employment Status:        Regular Employee
Wage Basis:               Hourly
Work Days Per Week:
Full Pay For Day of Injury:  Y
Did Salary Continue:         Y

### Occurrence Information
Time Employee Began Work:
Date Of Injury/Illness:   08/27/2019
Time of Occurence:        07:30:00 PM

Last Work Date:
Date Employer Notified: 08/27/2019
Date Disability Began:    Actual  or Expected Lost Time:U
Date Return(ed) To Work:
Fatality:              N     Date Of Death:

Did Injury Occur On Employers Premises:    Y
Dept or Location where Injury Occurred:
Equipment Being Used During Incident:       TRAY
Activity Employee Was Doing During Incident:   PICKING UP A TRAY
Work Process Employee Was Doing During Incident:    PICKING UP A TRAY
Were Safeguards or Safety Equipment Provided:
Were Safeguards or Safety Equipment Used:

### Treatment Information
Initial Treatment Code:     2  Clinic/Hospital Visit (< 24h)
EMT Response:         3  None

### Physician/Health Care Provider Information
Name:           Concentra Urgent Care
House No/Street:
City/Regn/ZIP:     ,   Country: US
Primary Phone:     Secondary Phone:
Fax/e-Mail:

### Hospital Information
Name:
House No/Street:
City/Regn/ZIP:     ,   Country:
Primary Phone:     Secondary Phone:
Fax/e-Mail:

### Witnesses
### Additional Claim Comments

Page 2 of 2

Confidential                                      Thunderdome000011

Cincinnati Insurance Company
PO Box 1230
Canonsburg, PA 15317-4230

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)  1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): Bennett, Wesley, R
3. PATIENT'S BIRTH DATE: [redacted] 1987  SEX: M ☒  F ☐
4. INSURED'S NAME (Last Name, First Name, Middle Initial): JJA Eagle Indy LLC

5. PATIENT'S ADDRESS (No., Street): 1385 Angela Ct.
6. PATIENT'S RELATIONSHIP TO INSURED: Self ☐ Spouse ☐ Child ☐ Other ☐
7. INSURED'S ADDRESS (No., Street): 310 Massachusetts Ave

CITY: PLAINFIELD  STATE: IN
8. RESERVED FOR NUCC USE
CITY: Indianapolis  STATE: IN

ZIP CODE: 46168  TELEPHONE: [redacted]
ZIP CODE: 46204-2109  TELEPHONE: (513) 3059460

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: 3412544

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? (Current or Previous): YES ☒  NO ☐
a. INSURED'S DATE OF BIRTH:  SEX: M ☐ F ☐

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT? YES ☐ NO ☐  PLACE (State):
b. OTHER CLAIM ID (Designated by NUCC): 3412544

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT? YES ☐ NO ☐
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. CLAIM CODES (Designated by NUCC): 3412544
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☐

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE  DATE:
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 08 23 2019  QUAL. 431
15. OTHER DATE: 08 23 2019
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE:
17a.
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC):
20. OUTSIDE LAB? YES ☐ NO ☐  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. ICD Ind: 0
A. R1031  B. K4090  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE:  ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER:

24.

| A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 08 23 19 08 23 19 | 11 | | 81003  UA Dip W/O Microscopy Automated | AB | 19.00 | 1 | | OB NPI | 01078408A 1376937607 |
| 08 23 19 08 23 19 | 11 | | 99203  Level 3 New Detailed Visit | AB | 225.00 | 1 | | OB NPI | 01078408A 1376937607 |
| 08 23 19 08 23 19 | 11 | | L0642  Lumbar Support Lifeback | AB | 240.00 | 1 | | OB NPI | 01078408A 1376937607 |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 752014828  SSN ☐ EIN ☒
26. PATIENT'S ACCOUNT NO.: I10 1224908014
27. ACCEPT ASSIGNMENT? YES ☐ NO ☐
28. TOTAL CHARGE: $ 484.00
29. AMOUNT PAID: $ 0.00
30. Rsvd for NUCC Use: 484.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS: Jared R Shields, MD  02/12/2020
32. SERVICE FACILITY LOCATION INFORMATION:
CMC - IND Airport Southwest
Concentra Medical Centers
5940 Decatur Blvd
INDIANAPOLIS, IN 46241
a. 1619200250
33. BILLING PROVIDER INFO & PH #: (888) 378-2566
Occupational Health Centers
of the Southwest, P.A., P.C.
PO Box 488
Lombard, IL 60148-0488
a. 1063550721  b. 01078408A

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

# Concentra

Transcription

5940 Decatur Blvd   INDIANAPOLIS, IN 46241   (317) 856-2945

| | | | |
|---|---|---|---|
| **Patient:** | Bennett, Wesley R | **Service Date:** | 08/23/2019 |
| **Soc. Sec. #** | | **Injury Date:** | 08/23/2019 |
| **Date of Birth:** | ▓▓▓/1987   Age: 32 | **Employer:** | JJA Eagle Indy LLC |
| **Service Location:** | CMC - IND Airport Southwest | | 310 Massachusetts Ave |
| **Service ID #:** | 1225308879 | | |
| **Claim #:** | 3412544 | | Indianapolis, IN 46204 |
| **Dictator:** | Jared Shields | | |
| **Diagnosis:** | R10.31   RIGHT LOWER QUADRANT PAIN-R10.31 | | |

**Notes:** Reason For Visit
Chief Complaint: The patient presents today with Pt was lifting and suddenly the pt felt a sharp in in lower abdomen and groin area
sharp pain when urinating
. Workers Compensation - Patients Occupation: worker.

Vitals
Vital Signs
Recorded: 23Aug2019 09:36PM
Temperature: 97.8 F
Systolic: 110
Diastolic: 73
Heart Rate: 100
Respiration: 14
Height: 6 ft 1 in
Weight: 372 lb
BMI Calculated: 49.08
BSA Calculated: 2.8
O2 Saturation: 95

Past Medical History Review
PAST MEDICAL, SOCIAL, FAMILY HISTORY: Non-contributory based on review with patient and/or comprehensive questionnaire.

Occupational History
Occupational History
Occupational history was provided by the patient.
Type of job / Job title: Assident kitchen manager
Major job functions: Manage kitchen
Length of time at this job: 1 year(s). Average weekly work hours: 50.
Expected shift hours today: 4 PM to 3 AM.
Workdays: Tuesday, Wednesday, Friday, Saturday and Sunday.
Recent overtime: Yes
Overtime hours per week: 10

History of Present Illness
Acute Musculoskeletal Injury History: injured today.
Patient denies outside causation of injury including sports, hobbies, accidents or external employment.
This is the result of bending and lifting.
Occurred while at work.
Lower abdominal pain
Additional History:
Patient is a chef at The Eagle restaurant downtown. He was lifting a heavy box from floor level, and when he stood up he felt an enormous pain in his right groin. The pain is a sharp "electric" pain that radiates around his abdomen and right flank. The pain is worst when he is walking or lifting but is alleviated by lying down. He has never had this pain before. No history of any surgeries. No history of hernia. Patient has history of obesity and type 2 diabetes.

Review of Systems

Dictated By: Jared Shields

Dictated On: Aug 23 2019 10:47PM
**Printed Date:** 02/12/2020

Page: 1

Confidential

Thunderdome000013

**Concentra**                                                            Transcription

5940 Decatur Blvd   INDIANAPOLIS, IN 46241   (317) 856-2945

| | | | |
|---|---|---|---|
| Patient: | Bennett, Wesley R | Service Date: | 08/23/2019 |
| Soc. Sec. # | | Injury Date: | 08/23/2019 |
| Date of Birth: | 1987   Age: 32 | Employer: | JJA Eagle Indy LLC |
| Service Location: | CMC - IND Airport Southwest | | 310 Massachusetts Ave |
| Service ID #: | 1225308879 | | |
| Claim #: | 3412544 | | Indianapolis, IN 46204 |
| Dictator: | Jared Shields | | |
| Diagnosis: | R10.31   RIGHT LOWER QUADRANT PAIN-R10.31 | | |

Notes: Constitutional: Reviewed and found to be negative.
Head and Face: Reviewed and found to be negative.
Eyes: Reviewed and found to be negative.
ENT: Reviewed and found to be negative.
Cardiovascular: Reviewed and found to be negative.
Respiratory: Reviewed and found to be negative.
Gastrointestinal: abdominal pain, abdominal cramps and vomiting.
Genitourinary: dark urine and pelvic pain.
Musculoskeletal: muscle pain and muscle weakness.
Integumentary: Reviewed and found to be negative.
Breasts: Reviewed and found to be negative.
Neurological: Reviewed and found to be negative.
Psychiatric: Reviewed and found to be negative.
Endocrine: Reviewed and found to be negative.
Hematologic and Lymphatic: Reviewed and found to be negative.

Physical Exam
Constitutional: in moderate distress.
Head/Face: Normocephalic and atraumatic.
Pulmonary: no increased work of breathing or signs of respiratory distress.
Abdomen: No rebound tenderness. No guarding. No mass(es). No hepatosplenomegaly. Normal bowel sounds. . A(n) reducible and tender right inguinal hernia was palpated. No tender left inguinal hernia was palpated. No right femoral hernia was palpated. No left femoral hernia was palpated. No ventral hernia was palpated. No umbilical hernia was palpated. No incisional hernia was palpated.
Genitourinary: No flank tenderness.

ASSESSMENT
1. Severe right groin pain (R10.31)
2. Right inguinal hernia (K40.90)
Plan
1. POC UA Dip; Requested for:23Aug2019;
Perform:In Office; Due:30Aug2019;Ordered; For:Right inguinal hernia, Severe right groin pain; Ordered By:Shields, Jared R;
2. General Surgery Referral Physician Referral   See Referral Comment!   Done: 23Aug2019 Ordered;For: Right inguinal hernia; Ordered By: Shields, Jared R Performed:   Due: 06Sep2019
Laterality   : Right
Body Part 1 : Abdomen Including Groin
Referral Comment : Right inguinal hernia
Reason for Referral : Evaluate and Treat
3. Lumbar Support Lifeback;   Done: 23Aug2019
Perform:In Office; Due:28Aug2019;Ordered; For:Right inguinal hernia, Severe right groin pain; Ordered By:Shields, Jared R;

NO MEDICATIONS WERE PRESCRIBED OR DISPENSED FOR THIS ENCOUNTER.


Discussion/Summary
Patient s symptoms are compatible with non-incarcerated right inguinal hernia. I am

Dictated By: Jared Shields

Dictated On: Aug 23 2019 10:47PM
Printed Date:   02/12/2020                                                             Page:  2

Confidential                                                        Thunderdome000014

**Concentra**

5940 Decatur Blvd   INDIANAPOLIS, IN 46241   (317) 856-2945

| | | | |
|---|---|---|---|
| **Patient:** | Bennett, Wesley R | **Service Date:** | 08/23/2019 |
| **Soc. Sec. #** | | **Injury Date:** | 08/23/2019 |
| **Date of Birth:** | /1987   **Age:** 32 | **Employer:** | JJA Eagle Indy LLC |
| **Service Location:** | CMC - IND Airport Southwest | | 310 Massachusetts Ave |
| **Service ID #:** | 1225308879 | | |
| **Claim #:** | 3412544 | | Indianapolis, IN 46204 |
| **Dictator:** | Jared Shields | | |
| **Diagnosis:** | R10.31   RIGHT LOWER QUADRANT PAIN-R10.31 | | |

**Notes:** recommending that he see a specialist regarding this issue. He was given an elastic lumbar support which seemed to help lift his abdomen off of his groin and helped relieve his pain. I am not concerned about acute appendicitis but told him to go straight to the ER if he has pain. His UA is mildly abnormal, but I think this is related to his diabetes. Again, if he starts to have pain that is out of proportion to exam, go to ER to evaluate for renal stone.
The diagnosis and treatment plan were discussed with the patient. The patient expressed understanding and was told to keep their scheduled appointments for follow-up and/or to return to Concentra.

Activity Status and Restrictions
Treatment Status:
Returning for follow-up: 8/26/2019
Activity Status
Return to modified work/activity today.
Work Duration
Patient may work their entire shift.
Restrictions: KEY - Occasionally = up to 3 hrs/day, Frequently = up to 6 hrs/day, Constantly = up to 8 hours or greater per day
May lift up to 10 lbs frequently
May bend occasionally
May stand frequently
May walk frequently
May engage in activities requiring trunk rotation frequently
May perform sweeping/mopping occasionally
ADDITIONAL RESTRICTIONS AND LIMITATIONS: Do not perform tasks that exacerbate pain. Must be allowed to sit for parts of his shift to help alleviate pain.
PATIENT INSTRUCTIONS:

Signatures
Electronically signed by : Jared Shields, M.D.; Aug 23 2019 10:47PM EST - Author

Dictated By: Jared Shields

Dictated On: Aug 23 2019 10:47PM
**Printed Date:** 02/12/2020

**Page:** 3

Confidential

Thunderdome000015