| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bennett, Ryan | | | | 372.61 | 41.15 | $ 4,371.25 | $ 835.19 | $ 5,206.44 |
| Hourly Manager | Tue, Aug 13 | 3:07 PM | 1:43 AM | 10.60 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Wed, Aug 14 | 1:47 PM | 1:15 AM | 11.47 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Fri, Aug 16 | 8:13 AM | 5:46 PM | 9.56 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Sat, Aug 17 | 8:05 AM | 5:47 PM | 9.69 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Sun, Aug 18 | 10:09 AM | 6:08 PM | 7.99 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Tue, Aug 20 | 8:41 AM | 5:36 PM | 1.29 | 7.63 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Wed, Aug 21 | 8:00 AM | 5:16 PM | 9.27 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Fri, Aug 23 | 4:18 PM | 11:55 PM | 7.62 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Sat, Aug 24 | 3:37 PM | 1:09 AM | 9.53 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Sun, Aug 25 | 5:22 PM | 8:00 PM | 2.62 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Tue, Aug 27 | 4:06 PM | 11:16 PM | 7.18 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Thu, Aug 29 | 8:01 PM | 1:38 AM | 5.62 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Fri, Aug 30 | 7:58 PM | 2:36 AM | 6.64 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Sat, Aug 31 | 7:58 PM | 1:50 AM | 5.86 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Tue, Sep 03 | 7:14 PM | 11:44 PM | 4.50 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hourly Manager | Fri, Sep 06 | 11:59 AM | 5:56 PM | 5.95 | 0.00 | $ 98.83 | $ 0.00 | $ 98.83 |
| Hourly Manager | Sat, Sep 07 | 4:04 PM | 9:54 PM | 5.83 | 0.00 | $ 96.84 | $ 0.00 | $ 96.84 |
| Hourly Manager | Sun, Sep 08 | 4:01 PM | 10:01 PM | 6.00 | 0.00 | $ 99.66 | $ 0.00 | $ 99.66 |
| Hourly Manager | Mon, Sep 09 | 1:06 PM | 7:01 PM | 5.91 | 0.00 | $ 98.17 | $ 0.00 | $ 98.17 |
| Hourly Manager | Thu, Sep 12 | 4:08 PM | 1:51 AM | 9.72 | 0.00 | $ 161.45 | $ 0.00 | $ 161.45 |
| Hourly Manager | Fri, Sep 13 | 4:03 PM | 1:59 AM | 9.93 | 0.00 | $ 164.94 | $ 0.00 | $ 164.94 |
| Hourly Manager | Sat, Sep 14 | 3:08 PM | 12:55 AM | 9.78 | 0.00 | $ 162.45 | $ 0.00 | $ 162.45 |
| Hourly Manager | Tue, Sep 17 | 4:00 PM | 1:32 AM | 9.53 | 0.00 | $ 158.29 | $ 0.00 | $ 158.29 |
| Hourly Manager | Wed, Sep 18 | 4:08 PM | 1:56 AM | 9.81 | 0.00 | $ 162.94 | $ 0.00 | $ 162.94 |
| Hourly Manager | Thu, Sep 19 | 4:09 PM | 2:32 AM | 10.38 | 0.00 | $ 172.41 | $ 0.00 | $ 172.41 |
| Hourly Manager | Fri, Sep 20 | 2:04 PM | 3:45 PM | 1.69 | 0.00 | $ 28.07 | $ 0.00 | $ 28.07 |
| Hourly Manager | Fri, Sep 20 | 3:45 PM | 11:55 PM | 8.17 | 0.00 | $ 135.70 | $ 0.00 | $ 135.70 |


Bennett Dep. Ex. 5

Thunderdome000016