UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:21-cv-03027-RLY-MJD |
| | ) |
| THUNDERDOME RESTAURANTS, LLC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S FINAL WITNESS AND EXHIBIT LISTS

Defendant Thunderdome Restaurants, LLC ("Defendant") submits its final witness and exhibit lists as follows:

### Final Witness List

1. Plaintiff Ryan Bennett;

    Synopsis of Expected Testimony: Plaintiff will testify regarding his complaint allegations and alleged damages.

    Counsel Certification: This witness was deposed on June 30, 2022 and July 5, 2022.

2. Kier Muchnicki;

    Synopsis of Expected Testimony: Ms. Muchnicki will testify regarding Plaintiff's complaint allegations and alleged damages, and Defendant's defenses.

    Counsel Certification: This witness was deposed on August 10, 2022.

3. Ricky Tindell;

    Synopsis of Expected Testimony: Mr. Tindell will testify regarding Plaintiff's complaint allegations and alleged damages, and Defendant's defenses.

    Counsel Certification: This witness was deposed on August 12, 2022.

4.  Collin Martin;

    Synopsis of Expected Testimony: Mr. Martin will testify regarding Plaintiff's complaint allegations and alleged damages, and Defendant's defenses.

    Counsel Certification: This witness was deposed on August 22, 2022.

5.  David Downs

    Synopsis of Expected Testimony: Mr. Downs will testify regarding Plaintiff's complaint allegations and alleged damages, and Defendant's defenses.

    Counsel Certification: This witness was deposed on August 22, 2022.

12. Any witness necessary to rebut testimony or evidence introduced by Plaintiff;

13. Any witness necessary or qualified to lay the foundation for the admissibility of a document or other exhibit; and

14. Any witness listed on Plaintiff's preliminary or final witness lists.

The Defendant reserves the right to seek leave of Court to supplement this list of witnesses should additional witnesses be identified through discovery or investigation. This list does not necessarily include witnesses whom Defendant may call for the purpose of impeachment or rebuttal.

**Final Exhibit List**

1.  Defendant's Employee Handbook [Muchnicki Dep. Ex. 25]

2.  Excerpts from Deposition of Plaintiff

3.  Excerpts from Deposition of Kier Muchnicki

4.  Excerpts from Deposition of Ricky Tindell

5.  Declaration of Kier Muchnicki

6.  Excerpts from Deposition of Collin Martin

7.  Declaration of Ricky Tindell

8.  Text Message Communications between Ricky Tindell and Siobhan Stephenson [Plaintiff Dep. Ex. 2; Tindell Dep. Ex. 2.]

9. October 9, 2019 Written Warning [Plaintiff Dep. Ex. 9]

10. October 10, 2019 Written Warning [Plaintiff Dep. Ex. 10]

11. October 24, 2019 Written Warning 1 [Plaintiff Dep. Ex. 11]

12. October 24, 2019 Written Warning 2 [Plaintiff Dep. Ex. 12]

13. October 24, 2019 Written Warning 3 [Plaintiff Dep. Ex. 13]

14. October 24, 2019 Written Warning 4 [Plaintiff Dep. Ex. 14]

15. October 24, 2019 Email Communication from Collin Martin to Ricky Tindell [Martin Dep. Ex. 26]

16. August 23, 2019 Employee Injury Report and August 27, 2019 Worker's Compensation Claim [Plaintiff Dep. Ex. 4]

17. Concentra Medical Records [Plaintiff Dep. Ex. 3]

18. Excerpts from Deposition of David Downs

19. Plaintiff's Time Records [Plaintiff Dep. Ex. 5]

20. IU Health Medical Records [Plaintiff Dep. Ex. 7]

21. Methodist Medical Records [Plaintiff Dep. Ex. 8]

22. All documents provided in response to subpoenas to subsequent employers and CIC

23. All documents attached to Plaintiff's Motion for Partial Summary Judgment

24. All documents attached to Defendant's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment

25. All documents attached to Plaintiff's Reply in Support of Plaintiff's Motion for Partial Summary Judgment

26. All documents attached to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment

27. All documents attached to Defendant's Reply in Support of Defendant's Motion for Summary Judgment

28. Taxman Brewing Company Documents [Plaintiff's Dep. Ex. 20]

29. Plaintiff's time and attendance records [Thunderdome000017]

30. All deposition transcripts and exhibits

31. All affidavits served by either party, including exhibits attached to those affidavits

32. All declarations served by either party, including exhibits attached to those declarations

33. All pleadings and documents, including exhibits and documents attached thereto, filed with the Court by the parties to this action

34. All documents identified on Plaintiff's final exhibit list

Defendant reserves the right to seek leave of Court to supplement this list of exhibits should additional exhibits be identified through ongoing discovery or investigation. This list does not necessarily include any exhibits that Defendant may introduce at the trial of this matter for the purpose of impeachment or rebuttal.

Respectfully submitted,

*/s/ Erica M. Knear*
Erica M. Knear, #35028-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 – telephone
(317) 713-3699 – fax
eknear@taftlaw.com

Sarah Clay Leyshock *(admitted pro hac vice)*
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838 – telephone
(513) 381-0205 – fax
sleyshock@taftlaw.com

*Counsel for Defendant*