UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RYAN BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:21-cv-03027-RLY-MJD |
| | ) | |
| THUNDERDOME RESTAURANTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S FINAL WITNESS AND EXHIBIT LISTS

Plaintiff, by counsel, hereby files his Final Witness and Exhibit Lists.

### WITNESSES

1. Ryan Bennett

Synopsis of Expected Testimony: Plaintiff will testify regarding his complaint allegations and his damages.

Counsel Certification: This witness was deposed on June 30, 2022, and July 5, 2022.

2. David Downs

Synopsis of Expected Testimony: Mr. Downs will testify regarding Plaintiff's work, his observations regarding Plaintiff's injuries, and his communications.

Counsel Certification: This witness was deposed on August 22, 2022.

3. Ricky Tindell

Synopsis of Expected Testimony: Mr. Tindell will testify regarding Plaintiff's work, his observations regarding Plaintiff's injuries, his termination of Plaintiff, the warnings he issued to Plaintiff on the same day, and his communications with others regarding Plaintiff.

Counsel Certification: This witness was deposed on August 12, 2022.

4. Erica Sommers, line lead at Bakersfield

Synopsis of Expected Testimony: This person will testify that Ricky Tindell defamed and mocked Plaintiff.

5. Kier Muchnicki

Synopsis of Expected Testimony: Ms. Muchnicki will testify regarding Defendant's failure to train employees regarding the FMLA, the failure to provide Plaintiff with FMLA forms, and other facts related to Plaintiff's termination.

Counsel Certification: This witness was deposed on August 10, 2022

6. Dayton Neely

Synopsis of Expected Testimony: This witness will testify regarding Plaintiff and his injuries.

7. Marvin Valesquez, Assistant Kitchen Manager,

Synopsis of Expected Testimony: This witness will testify regarding Plaintiff and his injuries.

8  All persons listed by Defendants.

9. Any individual identified during any deposition in this matter.

10. All persons necessary to authenticate documents, for impeachment or for rebuttal.

Plaintiffs reserve the right to supplement this list.

## EXHIBITS

1. Defendant's Employee Handbook [Muchnicki Dep. Ex. 25]
2. Excerpts from Deposition of Plaintiff
3. Excerpts from Deposition of Kier Muchnicki
4. Excerpts from Deposition of Ricky Tindell
5. Declaration of Kier Muchnicki
6. Excerpts from Deposition of Collin Martin

7. Declaration of Ricky Tindell

8. Text Message Communications between Ricky Tindell and Siobhan Stephenson [Plaintiff Dep. Ex. 2; Tindell Dep. Ex. 2.]

9. October 9, 2019 Written Warning [Plaintiff Dep. Ex. 9]

10. October 10, 2019 Written Warning [Plaintiff Dep. Ex. 10]

11. October 24, 2019 Written Warning 1 [Plaintiff Dep. Ex. 11]

12. October 24, 2019 Written Warning 2 [Plaintiff Dep. Ex. 12]

13. October 24, 2019 Written Warning 3 [Plaintiff Dep. Ex. 13]

14. October 24, 2019 Written Warning 4 [Plaintiff Dep. Ex. 14]

15. October 24, 2019 Email Communication from Collin Martin to Ricky Tindell [Martin Dep. Ex. 26]

16. August 23, 2019 Employee Injury Report and August 27, 2019 Worker's Compensation Claim [Plaintiff Dep. Ex. 4]

17. Concentra Medical Records [Plaintiff Dep. Ex. 3]

18. Excerpts from Deposition of David Downs

19. Plaintiff's Time Records [Plaintiff Dep. Ex. 5]

20. IU Health Medical Records [Plaintiff Dep. Ex. 7]

21. Methodist Medical Records [Plaintiff Dep. Ex. 8]

22. All documents provided in response to subpoenas to subsequent employers and CIC

23. All documents attached to Plaintiff's Motion for Partial Summary Judgment

24. All documents attached to Defendant's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment

25. All documents attached to Plaintiff's Reply in Support of Plaintiff's Motion for Partial Summary Judgment

26. All documents attached to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment

27. All documents attached to Defendant's Reply in Support of Defendant's Motion for Summary Judgment

28. Taxman Brewing Company Documents [Plaintiff's Dep. Ex. 20]

29. Plaintiff's time and attendance records [Thunderdome000017]

30. All deposition transcripts and exhibits

31. All affidavits served by either party, including exhibits attached to those affidavits

32. All declarations served by either party, including exhibits attached to those declarations

33. All pleadings and documents, including exhibits and documents attached thereto, filed with the Court by the parties to this action

34. All text messages between the parties.

35. All documents produced by the parties.

36. All documents identified by Defendant.

37. Any deposition or document used or identified as an exhibit in a deposition taken in this action.

38. Any documents necessary for purposes of impeachment or rebuttal.

39. Documents relating to the damages outlined in the Complaint.

> Respectfully submitted,
> */s/ Mark Waterfill*
> Mark R. Waterfill, Atty. No. 10935-49
> 2230 Stafford Rd. STE 115, PMB 379
> Plainfield IN 46168
>   (317) 501-6060
>   mark@waterfilllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true, exact and authentic copy of the foregoing has been served upon all counsel of record by way of electronic service the same day as filing.

*/s/ Mark Waterfill*

5