UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RYAN BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-03027-RLY-MJD |
| | ) | |
| THUNDERDOME RESTAURANTS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

Today, the court granted Defendants' Motion for Summary Judgment in part, relinquished jurisdiction over Plaintiff's state law retaliation claim, and denied Plaintiff's cross motion for summary judgment on his FMLA interference claim. The court therefore enters final judgment in favor of Defendant and against Plaintiff.

**SO ORDERED** this 2nd day of February 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Dina M. Doyle_
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.

1